# EXHIBIT 1



A - SunPorno CorbinFisher Search.jpg