# EXHIBIT 4

**Response to Subpoena issued to Moniker Online Services in connection with
Civil Action No. 11-62107-Williams/Seltzer**

Profile Data for Account Containing <sunporno.com>:

    Account Number       52178
    First Name       Domain
    Last Name       Admin
    Company Name       Sky Alliance Group Inc.
    Street Address Second Floor, Independence Avenue, P.O. Box 1312
    Unit/Apartment
    City     Capital City
    State/Province na
    Zip/Postal Code       na
    Country       SC
    E-Mail Address webmaster@nightangel.com
    Phone Number       +248.420776246201
    Fax Number
    Pre-Paid Funds       $289.82

Contact ID for Account Containing <sunporno.com>:

    First Name       Domain
    Last Name       Admin
    Company Name       Ideal Consult Ltd
    Street Address offices of Mayfair Trust Group Limited
    Unit/Apartment       Independence Avenue, P.O. Box 1312
    City     Capital City
    State/Province Victoria, Mahe
    Zip/Postal Code       00000
    Country       SC
    E-Mail Address webmaster@nightangel.com
    Phone Number       +420.776246201

Payment Information for <sunporno.com>:

Master Card
No. 5311443257011470
SERGEY LETYAGIN
NA OKRAJI 41
PRAGUE PRAHA 6
16200 CZ

VISA
No. 4689045001758110
PETRZILKOVA 2583
15800 CZ

VISA
No. 4689045001758110
SERGEY LETYAGIN
NA OKRAJI 41
PRAGUE PRAHA 6
16200 CZ

VISA
No. 4689045001758110
SERGEY LETYAGIN
PORTLAND HOUSE, SUITE 2
GLASIS ROAD
0 GI

IP Address Log In History for <sunporno.com> :

| IP Address | Date/Time |
|---|---|
| 86.49.57.56 | 10/12/07 10:59 |
| 86.49.57.56 | 10/15/07 8:25 |
| 86.49.57.56 | 10/16/07 12:29 |
| 86.49.57.56 | 10/17/07 5:20 |
| 86.49.57.56 | 10/18/07 12:07 |
| 86.49.57.56 | 10/19/07 4:54 |
| 86.49.57.56 | 10/19/07 10:23 |
| 86.49.57.56 | 10/20/07 4:56 |
| 86.49.57.56 | 10/20/07 12:11 |
| 86.49.57.56 | 10/21/07 10:10 |
| 86.49.57.56 | 10/22/07 10:23 |
| 86.49.57.56 | 10/25/07 9:04 |
| 86.49.57.56 | 10/28/07 15:03 |
| 86.49.57.56 | 10/28/07 16:17 |
| 86.49.57.56 | 10/29/07 8:27 |
| 86.49.57.56 | 10/30/07 11:28 |
| 86.49.57.56 | 10/31/07 5:37 |
| 86.49.57.56 | 10/31/07 5:37 |
| 86.49.57.56 | 10/31/07 5:54 |
| 86.49.57.56 | 10/31/07 15:44 |
| 86.49.57.56 | 11/1/07 19:41 |
| 86.49.57.56 | 11/6/07 17:04 |
| 86.49.57.56 | 11/7/07 11:05 |
| 86.49.57.56 | 11/7/07 17:50 |
| 86.49.57.56 | 11/8/07 3:44 |
| 86.49.57.56 | 11/8/07 17:55 |
| 86.49.57.56 | 11/9/07 13:56 |
| 86.49.57.56 | 11/23/07 10:31 |
| 86.49.57.56 | 11/26/07 15:58 |
| 86.49.57.56 | 11/26/07 18:45 |
| 86.49.57.56 | 11/28/07 6:09 |
| 86.49.57.56 | 11/28/07 20:05 |
| 86.49.57.56 | 11/29/07 11:47 |
| 86.49.57.56 | 11/29/07 12:28 |
| 86.49.57.56 | 11/30/07 10:45 |
| 86.49.57.56 | 11/30/07 16:44 |
| 86.49.57.56 | 11/30/07 18:06 |
| 86.49.57.56 | 12/1/07 20:59 |
| 86.49.57.56 | 12/4/07 5:12 |

| IP | Date/Time |
|---|---|
| 86.49.57.56 | 12/4/07 5:12 |
| 86.49.57.56 | 12/4/07 5:36 |
| 86.49.57.56 | 12/5/07 19:09 |
| 86.49.57.56 | 12/6/07 15:16 |
| 86.49.57.56 | 12/6/07 16:16 |
| 86.49.57.56 | 12/9/07 8:49 |
| 86.49.57.56 | 12/13/07 18:31 |
| 86.49.57.56 | 12/19/07 6:19 |
| 86.49.57.56 | 12/19/07 6:19 |
| 86.49.57.56 | 12/28/07 7:49 |
| 86.49.57.56 | 1/1/08 8:30 |
| 86.49.57.56 | 1/3/08 15:26 |
| 86.49.57.56 | 1/8/08 9:19 |
| 86.49.57.56 | 1/10/08 13:10 |
| 86.49.57.56 | 1/10/08 13:10 |
| 86.49.57.56 | 1/18/08 4:32 |
| 86.49.57.56 | 1/21/08 10:48 |
| 86.49.57.56 | 1/26/08 13:17 |
| 86.49.57.56 | 1/27/08 16:32 |
| 86.49.57.56 | 1/27/08 20:33 |
| 86.49.57.56 | 1/28/08 8:33 |
| 86.49.57.56 | 1/28/08 10:25 |
| 86.49.57.56 | 1/28/08 11:05 |
| 86.49.57.56 | 1/28/08 19:59 |
| 86.49.57.56 | 2/1/08 7:58 |
| 86.49.57.56 | 2/2/08 12:19 |
| 86.49.57.56 | 2/5/08 5:38 |
| 86.49.57.56 | 2/5/08 19:18 |
| 86.49.57.56 | 2/7/08 14:02 |
| 86.49.57.56 | 2/13/08 11:47 |
| 86.49.57.56 | 2/15/08 15:14 |
| 86.49.57.56 | 2/16/08 16:19 |
| 86.49.57.56 | 2/16/08 17:25 |
| 86.49.57.56 | 2/16/08 18:08 |
| 86.49.57.56 | 2/17/08 8:53 |
| 86.49.57.56 | 2/17/08 9:47 |
| 86.49.57.56 | 2/20/08 8:32 |
| 86.49.57.56 | 2/20/08 15:41 |
| 86.49.57.56 | 2/20/08 21:54 |
| 86.49.57.56 | 2/22/08 19:42 |
| 86.49.57.56 | 2/23/08 16:49 |
| 86.49.57.56 | 2/26/08 20:33 |
| 86.49.57.56 | 3/9/08 9:56 |

| IP Address | Date/Time |
|---|---|
| 86.49.57.56 | 3/10/08 17:37 |
| 86.49.57.56 | 3/12/08 9:23 |
| 213.220.241.189 | 3/17/08 9:08 |
| 213.220.241.189 | 3/23/08 11:20 |
| 213.220.241.189 | 3/24/08 16:39 |
| 213.220.241.189 | 3/27/08 5:44 |
| 213.220.241.189 | 3/27/08 18:23 |
| 213.220.241.189 | 3/28/08 5:37 |
| 213.220.241.189 | 3/29/08 12:28 |
| 213.220.241.189 | 3/29/08 13:34 |
| 213.220.241.189 | 3/30/08 18:17 |
| 213.220.241.189 | 3/31/08 1:20 |
| 213.220.241.189 | 4/5/08 13:00 |
| 213.220.241.189 | 4/5/08 14:35 |
| 194.228.83.108 | 4/8/08 5:40 |
| 194.228.83.108 | 4/8/08 6:11 |
| 194.228.83.108 | 4/11/08 9:38 |
| 194.228.83.108 | 4/11/08 9:46 |
| 194.187.99.25 | 4/14/08 6:34 |
| 194.187.99.25 | 4/15/08 4:24 |
| 194.187.99.25 | 4/15/08 9:54 |
| 194.187.99.25 | 4/17/08 17:15 |
| 194.187.99.25 | 4/20/08 15:52 |
| 194.187.99.25 | 4/23/08 6:17 |
| 194.187.99.25 | 4/23/08 16:58 |
| 194.187.99.25 | 4/23/08 17:43 |
| 213.220.241.15 | 4/24/08 18:09 |
| 213.220.241.15 | 4/24/08 18:11 |
| 194.187.99.25 | 4/25/08 10:50 |
| 194.187.99.25 | 4/27/08 13:41 |
| 194.187.99.25 | 4/27/08 16:52 |
| 194.187.99.25 | 4/27/08 19:27 |
| 194.187.99.25 | 4/29/08 18:48 |
| 213.220.241.15 | 4/30/08 16:53 |
| 194.187.99.25 | 5/2/08 19:45 |
| 194.187.99.25 | 5/12/08 17:35 |
| 194.187.99.25 | 5/20/08 14:37 |
| 194.187.99.25 | 5/27/08 13:43 |
| 194.187.99.25 | 5/27/08 13:49 |
| 213.220.241.15 | 5/28/08 19:33 |
| 194.187.99.25 | 5/30/08 5:32 |
| 213.220.241.15 | 5/31/08 18:29 |
| 213.220.241.15 | 5/31/08 20:40 |

| IP Address | Date/Time |
|---|---|
| 213.220.241.15 | 6/1/08 9:36 |
| 213.220.241.15 | 6/1/08 10:09 |
| 213.220.241.15 | 6/1/08 19:39 |
| 213.220.241.15 | 6/2/08 6:20 |
| 194.187.99.25 | 6/3/08 18:17 |
| 194.187.99.25 | 6/4/08 10:35 |
| 194.187.99.25 | 6/11/08 14:28 |
| 194.187.99.25 | 6/11/08 19:47 |
| 194.187.99.25 | 6/12/08 17:38 |
| 194.187.99.25 | 6/16/08 11:05 |
| 194.187.99.25 | 6/16/08 16:10 |
| 194.187.99.25 | 6/17/08 5:05 |
| 62.24.93.157 | 6/17/08 10:42 |
| 194.187.99.25 | 6/20/08 3:49 |
| 194.187.99.25 | 6/21/08 5:03 |
| 213.220.241.15 | 6/22/08 11:09 |
| 194.187.99.25 | 6/25/08 6:16 |
| 62.24.93.157 | 6/25/08 7:24 |
| 194.187.99.25 | 6/25/08 13:50 |
| 194.187.99.25 | 6/26/08 10:44 |
| 194.187.99.25 | 6/26/08 12:17 |
| 194.187.99.25 | 6/26/08 12:35 |
| 194.187.99.25 | 6/27/08 8:01 |
| 194.187.99.25 | 6/27/08 8:55 |
| 194.187.99.25 | 6/27/08 17:48 |
| 212.15.170.68 | 7/10/08 12:56 |
| 212.15.178.24 | 7/11/08 5:53 |
| 77.237.113.130 | 7/16/08 7:33 |
| 194.187.99.25 | 7/19/08 12:03 |
| 194.187.99.25 | 7/21/08 9:51 |
| 194.187.99.25 | 7/24/08 5:04 |
| 194.187.99.25 | 7/24/08 6:06 |
| 62.24.93.157 | 7/24/08 8:03 |
| 194.187.99.25 | 7/24/08 17:38 |
| 194.187.99.25 | 7/28/08 10:27 |
| 194.187.99.25 | 8/6/08 8:23 |
| 88.103.39.235 | 8/7/08 18:04 |
| 194.187.99.25 | 8/9/08 14:01 |
| 194.187.99.25 | 8/10/08 5:58 |
| 194.187.99.25 | 8/11/08 11:26 |
| 194.187.99.25 | 8/11/08 14:49 |
| 194.187.99.25 | 8/15/08 9:40 |
| 93.186.96.34 | 8/18/08 5:42 |

| IP Address | Date/Time |
|---|---|
| 194.187.99.25 | 8/21/08 6:26 |
| 194.187.99.25 | 8/21/08 7:57 |
| 194.187.99.25 | 8/27/08 16:15 |
| 194.187.99.25 | 8/27/08 17:31 |
| 194.187.99.25 | 8/28/08 5:33 |
| 88.103.39.235 | 8/30/08 10:01 |
| 194.187.99.25 | 8/30/08 13:39 |
| 194.187.99.25 | 8/31/08 8:09 |
| 194.187.99.25 | 9/1/08 15:16 |
| 194.187.99.25 | 9/10/08 9:22 |
| 194.187.99.25 | 9/15/08 6:10 |
| 194.187.99.25 | 9/15/08 8:24 |
| 88.103.39.235 | 9/19/08 2:56 |
| 194.187.99.25 | 9/27/08 9:33 |
| 194.187.99.25 | 9/27/08 10:22 |
| 88.103.39.235 | 9/28/08 6:24 |
| 194.187.99.25 | 9/29/08 8:42 |
| 194.187.99.25 | 9/29/08 10:28 |
| 194.187.99.25 | 9/29/08 13:50 |
| 194.187.99.25 | 9/30/08 17:30 |
| 194.187.99.25 | 9/30/08 18:07 |
| 194.187.99.25 | 9/30/08 18:12 |
| 194.187.99.25 | 10/1/08 13:36 |
| 194.187.99.25 | 10/3/08 12:49 |
| 194.187.99.25 | 10/6/08 10:32 |
| 194.187.99.25 | 10/6/08 11:04 |
| 194.187.99.25 | 10/9/08 7:28 |
| 194.187.99.25 | 10/9/08 12:59 |
| 194.187.99.25 | 10/10/08 7:56 |
| 194.187.99.25 | 10/12/08 6:31 |
| 194.187.99.25 | 10/15/08 4:38 |
| 194.187.99.25 | 10/16/08 8:28 |
| 194.187.99.25 | 10/16/08 9:54 |
| 194.187.99.25 | 10/16/08 13:30 |
| 194.187.99.25 | 10/17/08 10:58 |
| 194.187.99.25 | 10/19/08 12:01 |
| 194.187.99.25 | 10/20/08 7:59 |
| 194.187.99.25 | 10/20/08 10:32 |
| 194.187.99.25 | 10/20/08 11:11 |
| 194.187.99.25 | 10/20/08 15:56 |
| 194.187.99.25 | 10/21/08 7:09 |
| 88.103.39.235 | 10/22/08 17:48 |
| 88.103.39.235 | 10/24/08 2:45 |

| IP Address | Date/Time |
|---|---|
| 88.103.39.235 | 10/29/08 17:58 |
| 88.103.39.235 | 11/2/08 5:58 |
| 194.187.99.25 | 11/2/08 8:27 |
| 194.187.99.25 | 11/3/08 15:34 |
| 62.24.93.42 | 11/4/08 5:20 |
| 194.187.99.25 | 11/4/08 10:01 |
| 194.187.99.25 | 11/4/08 10:50 |
| 194.187.99.25 | 11/4/08 12:40 |
| 194.187.99.25 | 11/4/08 15:16 |
| 194.187.99.25 | 11/5/08 4:34 |
| 88.103.39.235 | 11/5/08 15:26 |
| 194.187.99.25 | 11/5/08 18:28 |
| 194.187.99.25 | 11/10/08 10:57 |
| 194.187.99.25 | 11/12/08 11:59 |
| 194.187.99.25 | 11/12/08 14:04 |
| 194.187.99.25 | 11/17/08 4:59 |
| 194.187.99.25 | 11/17/08 6:25 |
| 194.187.99.25 | 11/17/08 12:44 |
| 194.187.99.25 | 11/19/08 6:16 |
| 86.49.66.225 | 11/24/08 3:53 |
| 194.187.99.25 | 11/25/08 11:09 |
| 194.187.99.25 | 11/25/08 11:55 |
| 194.187.99.25 | 11/26/08 6:21 |
| 194.187.99.25 | 11/27/08 10:13 |
| 194.187.99.25 | 11/27/08 10:14 |
| 194.187.99.25 | 12/7/08 13:38 |
| 194.187.99.25 | 12/7/08 13:39 |
| 194.187.99.25 | 12/7/08 16:42 |
| 194.187.99.25 | 12/8/08 9:07 |
| 194.187.99.25 | 12/10/08 8:05 |
| 194.187.99.25 | 12/10/08 8:05 |
| 194.187.99.25 | 12/10/08 18:23 |
| 194.187.99.25 | 12/11/08 11:25 |
| 194.187.99.25 | 12/11/08 11:31 |
| 194.187.99.25 | 12/11/08 17:54 |
| 88.103.39.235 | 12/12/08 3:41 |
| 194.187.99.25 | 12/12/08 4:08 |
| 194.187.99.25 | 12/16/08 8:36 |
| 194.187.99.25 | 12/16/08 8:36 |
| 194.187.99.25 | 12/16/08 16:09 |
| 194.187.99.25 | 12/27/08 9:31 |
| 194.187.99.25 | 1/3/09 4:54 |
| 88.103.39.235 | 1/10/09 5:56 |

| IP | Date/Time |
|---|---|
| 88.103.39.235 | 1/10/09 6:48 |
| 194.187.99.25 | 1/12/09 5:15 |
| 86.49.66.225 | 1/14/09 9:11 |
| 194.187.99.25 | 1/15/09 10:43 |
| 194.187.99.25 | 1/25/09 6:54 |
| 194.187.99.25 | 1/26/09 10:45 |
| 83.208.135.198 | 1/26/09 16:21 |
| 86.49.66.225 | 1/27/09 5:50 |
| 194.187.99.25 | 1/28/09 4:40 |
| 194.187.99.25 | 1/28/09 5:29 |
| 194.187.99.25 | 1/30/09 10:20 |
| 194.187.99.25 | 2/3/09 8:45 |
| 194.187.99.25 | 2/3/09 12:31 |
| 194.187.99.25 | 2/4/09 10:23 |
| 194.187.99.25 | 2/5/09 10:11 |
| 83.208.135.198 | 2/6/09 23:35 |
| 80.59.69.100 | 2/8/09 10:58 |
| 194.187.99.25 | 2/16/09 8:37 |
| 194.187.99.25 | 2/16/09 9:03 |
| 194.187.99.25 | 2/19/09 7:21 |
| 194.187.99.25 | 2/19/09 9:38 |
| 194.187.99.25 | 2/22/09 6:50 |
| 86.49.66.225 | 2/23/09 8:26 |
| 83.208.135.198 | 2/27/09 12:38 |
| 83.208.135.198 | 2/28/09 5:15 |
| 83.208.135.198 | 3/2/09 10:54 |
| 194.187.99.25 | 3/5/09 10:08 |
| 83.208.135.198 | 3/5/09 11:45 |
| 83.208.135.198 | 3/7/09 6:37 |
| 86.49.66.225 | 3/9/09 8:34 |
| 194.187.99.25 | 3/13/09 5:51 |
| 83.208.135.198 | 3/18/09 17:22 |
| 194.187.99.25 | 3/19/09 6:03 |
| 194.187.99.25 | 3/19/09 6:03 |
| 83.208.135.198 | 3/21/09 13:23 |
| 194.187.99.25 | 3/23/09 8:07 |
| 194.187.99.25 | 3/24/09 9:14 |
| 83.208.135.198 | 3/29/09 9:17 |
| 194.187.99.25 | 4/1/09 7:49 |
| 83.208.135.198 | 4/6/09 17:15 |
| 83.208.135.198 | 4/19/09 12:03 |
| 62.24.93.6 | 4/20/09 8:10 |
| 194.187.99.25 | 4/27/09 6:48 |

| IP Address | Date/Time |
|---|---|
| 194.187.99.25 | 4/27/09 7:07 |
| 83.208.135.198 | 4/27/09 13:13 |
| 62.24.93.6 | 4/28/09 9:31 |
| 62.24.93.6 | 4/28/09 10:14 |
| 194.187.99.25 | 4/29/09 5:46 |
| 83.208.135.198 | 5/1/09 13:51 |
| 194.187.99.25 | 5/4/09 7:36 |
| 194.187.99.25 | 5/4/09 8:20 |
| 194.187.99.25 | 5/4/09 10:28 |
| 194.187.99.25 | 5/4/09 12:15 |
| 194.187.99.25 | 5/7/09 5:09 |
| 194.187.99.25 | 5/14/09 9:10 |
| 194.187.99.25 | 5/14/09 15:44 |
| 62.24.93.6 | 5/15/09 10:08 |
| 62.24.93.6 | 5/15/09 10:43 |
| 83.208.135.198 | 5/19/09 3:51 |
| 62.24.93.6 | 5/19/09 8:04 |
| 62.24.93.6 | 5/20/09 11:55 |
| 194.187.99.25 | 5/25/09 8:11 |
| 194.187.99.25 | 5/27/09 6:00 |
| 194.187.99.25 | 5/27/09 8:00 |
| 194.187.99.25 | 5/27/09 8:40 |
| 194.187.99.25 | 5/27/09 11:29 |
| 194.187.99.25 | 5/27/09 11:35 |
| 194.187.99.25 | 5/28/09 4:56 |
| 194.187.99.25 | 6/2/09 4:19 |
| 194.187.99.25 | 6/2/09 16:01 |
| 194.187.99.25 | 6/4/09 9:11 |
| 194.187.99.25 | 6/4/09 9:34 |
| 83.208.135.198 | 6/5/09 11:14 |
| 83.208.135.198 | 6/14/09 9:54 |
| 62.24.93.6 | 6/17/09 6:19 |
| 194.187.99.25 | 6/23/09 7:38 |
| 194.187.99.25 | 6/24/09 10:16 |
| 194.187.99.25 | 6/25/09 7:57 |
| 83.208.135.198 | 6/25/09 14:20 |
| 194.187.99.25 | 6/25/09 15:34 |
| 194.187.99.25 | 6/28/09 11:15 |
| 83.208.135.198 | 6/28/09 13:08 |
| 194.187.99.25 | 6/28/09 16:29 |
| 194.187.99.25 | 6/28/09 17:04 |
| 83.208.135.198 | 6/29/09 2:55 |
| 62.24.93.6 | 6/30/09 10:05 |

| IP Address | Date/Time |
|---|---|
| 78.132.177.46 | 7/6/09 15:40 |
| 78.132.212.172 | 7/12/09 12:22 |
| 194.187.99.25 | 7/16/09 18:02 |
| 83.208.135.198 | 7/17/09 4:24 |
| 83.208.135.198 | 7/18/09 5:27 |
| 77.210.190.105 | 7/23/09 12:23 |
| 194.187.99.25 | 8/6/09 10:00 |
| 62.24.93.6 | 8/7/09 5:21 |
| 62.24.93.6 | 8/10/09 5:22 |
| 62.24.93.6 | 8/10/09 6:12 |
| 62.24.93.6 | 8/10/09 12:25 |
| 194.187.99.25 | 8/12/09 8:26 |
| 194.187.99.25 | 8/14/09 3:45 |
| 194.187.99.25 | 8/14/09 10:25 |
| 194.187.99.25 | 8/19/09 9:22 |
| 194.187.99.25 | 8/21/09 13:08 |
| 194.187.99.25 | 8/21/09 14:33 |
| 62.24.93.6 | 8/24/09 5:34 |
| 62.24.93.6 | 8/24/09 5:37 |
| 194.187.99.25 | 8/24/09 10:16 |
| 194.187.99.25 | 8/24/09 11:52 |
| 194.187.99.25 | 8/30/09 16:33 |
| 62.24.93.6 | 9/1/09 5:54 |
| 83.208.135.198 | 9/1/09 12:53 |
| 62.24.93.6 | 9/2/09 10:01 |
| 194.187.99.25 | 9/5/09 11:51 |
| 194.187.99.25 | 9/9/09 13:42 |
| 194.187.99.25 | 9/12/09 7:27 |
| 85.175.114.144 | 9/15/09 3:06 |
| 194.187.99.25 | 9/16/09 13:34 |
| 85.175.212.89 | 9/24/09 2:33 |
| 194.187.99.25 | 10/1/09 10:23 |
| 194.187.99.25 | 10/2/09 3:51 |
| 194.187.99.25 | 10/4/09 9:21 |
| 194.187.99.25 | 10/12/09 7:54 |
| 194.187.99.25 | 10/13/09 13:45 |
| 194.187.99.25 | 10/13/09 17:01 |
| 194.187.99.25 | 10/18/09 16:51 |
| 62.24.93.6 | 10/20/09 3:45 |
| 194.187.99.25 | 10/23/09 5:17 |
| 83.208.135.198 | 11/3/09 9:47 |
| 194.187.99.25 | 11/5/09 7:13 |
| 194.187.99.25 | 11/5/09 8:32 |

| IP Address | Date/Time |
|---|---|
| 194.187.99.25 | 11/9/09 4:41 |
| 194.187.99.25 | 11/12/09 10:08 |
| 62.24.93.6 | 11/19/09 6:20 |
| 83.208.135.198 | 11/19/09 12:38 |
| 194.187.99.25 | 11/20/09 11:39 |
| 194.187.99.25 | 11/21/09 5:24 |
| 83.208.135.198 | 11/26/09 13:17 |
| 83.208.135.198 | 11/26/09 14:10 |
| 194.187.99.25 | 11/29/09 10:08 |
| 194.187.99.25 | 11/30/09 7:16 |
| 194.187.99.25 | 11/30/09 8:03 |
| 194.187.99.25 | 11/30/09 8:33 |
| 194.187.99.25 | 11/30/09 9:15 |
| 194.187.99.25 | 11/30/09 15:19 |
| 194.187.99.25 | 11/30/09 15:20 |
| 194.187.99.25 | 12/1/09 10:36 |
| 194.187.99.25 | 12/1/09 10:36 |
| 194.187.99.25 | 12/2/09 16:41 |
| 62.24.93.6 | 12/3/09 5:26 |
| 62.24.93.6 | 12/4/09 4:40 |
| 194.187.99.25 | 12/4/09 11:40 |
| 194.187.99.25 | 12/5/09 5:26 |
| 194.187.99.25 | 12/7/09 5:40 |
| 194.187.99.25 | 12/8/09 10:56 |
| 194.187.99.25 | 12/8/09 13:37 |
| 194.187.99.25 | 12/8/09 13:41 |
| 62.24.93.6 | 12/11/09 5:05 |
| 62.24.93.6 | 12/14/09 9:14 |
| 62.24.93.6 | 12/16/09 4:55 |
| 62.24.93.6 | 12/16/09 8:05 |
| 194.187.99.25 | 12/16/09 15:53 |
| 194.187.99.25 | 12/26/09 20:23 |
| 194.187.99.25 | 12/26/09 20:40 |
| 83.208.135.198 | 12/28/09 11:38 |
| 194.187.99.25 | 12/28/09 15:37 |
| 194.187.99.25 | 1/13/10 11:49 |
| 62.24.93.6 | 1/14/10 7:33 |
| 194.187.99.25 | 1/18/10 9:17 |
| 194.187.99.25 | 1/21/10 4:39 |
| 62.24.93.6 | 1/22/10 10:17 |
| 62.24.93.6 | 1/22/10 11:36 |
| 62.24.93.6 | 1/25/10 8:56 |
| 62.24.93.6 | 1/25/10 9:28 |

| IP Address | Date/Time |
|---|---|
| 62.24.93.6 | 1/25/10 9:52 |
| 83.208.135.198 | 1/25/10 17:46 |
| 194.187.99.25 | 1/27/10 16:20 |
| 194.187.99.25 | 1/27/10 16:31 |
| 194.187.99.25 | 1/27/10 16:34 |
| 194.187.99.25 | 1/28/10 8:24 |
| 62.24.93.6 | 1/28/10 11:45 |
| 83.208.135.198 | 1/28/10 15:42 |
| 62.24.93.6 | 2/1/10 10:02 |
| 194.187.99.25 | 2/3/10 14:07 |
| 194.187.99.25 | 2/3/10 15:54 |
| 83.208.135.198 | 2/4/10 14:17 |
| 194.187.99.25 | 2/5/10 11:10 |
| 194.187.99.25 | 2/6/10 15:34 |
| 194.187.99.25 | 2/7/10 17:26 |
| 88.17.123.192 | 2/18/10 12:20 |
| 88.17.123.192 | 2/18/10 14:51 |
| 62.24.93.6 | 3/5/10 10:24 |
| 83.208.135.198 | 3/6/10 5:25 |
| 194.187.99.25 | 3/9/10 4:49 |
| 62.24.93.6 | 3/9/10 6:40 |
| 194.187.99.25 | 3/11/10 8:45 |
| 194.187.99.25 | 3/11/10 9:02 |
| 62.24.93.6 | 3/22/10 6:06 |
| 62.24.93.6 | 3/23/10 12:08 |
| 62.24.93.6 | 4/1/10 10:58 |
| 83.208.135.198 | 4/6/10 10:40 |
| 83.208.135.198 | 4/7/10 7:37 |
| 194.187.99.25 | 4/8/10 5:31 |
| 194.187.99.25 | 4/9/10 8:38 |
| 194.187.99.25 | 4/9/10 11:08 |
| 62.24.93.6 | 4/22/10 12:20 |
| 194.187.99.25 | 4/28/10 8:47 |
| 62.24.93.6 | 5/4/10 4:58 |
| 62.24.93.6 | 5/4/10 6:37 |
| 194.187.99.25 | 5/5/10 13:12 |
| 194.187.99.25 | 5/7/10 1:48 |
| 62.24.93.6 | 5/12/10 10:27 |
| 83.208.135.198 | 5/12/10 13:45 |
| 194.187.99.25 | 5/17/10 6:00 |
| 194.187.99.25 | 5/17/10 7:28 |
| 83.208.135.198 | 6/9/10 10:00 |
| 83.208.135.198 | 6/9/10 11:21 |

| IP Address | Date/Time |
|---|---|
| 62.24.93.6 | 6/15/10 5:44 |
| 62.24.93.6 | 6/15/10 8:38 |
| 83.208.135.198 | 6/21/10 8:52 |
| 83.208.135.198 | 6/22/10 17:39 |
| 62.24.93.6 | 6/24/10 8:41 |
| 83.208.135.198 | 6/26/10 15:45 |
| 83.208.135.198 | 6/28/10 16:52 |
| 195.8.39.159 | 7/13/10 5:53 |
| 88.103.6.221 | 7/18/10 10:43 |
| 194.187.99.25 | 7/21/10 16:23 |
| 62.24.93.6 | 7/26/10 10:21 |
| 88.103.6.221 | 8/4/10 6:51 |
| 88.103.6.221 | 8/5/10 17:49 |
| 88.103.6.221 | 8/6/10 8:35 |
| 62.24.93.6 | 8/23/10 6:33 |
| 88.103.6.221 | 8/23/10 14:53 |
| 62.24.93.6 | 9/2/10 9:09 |
| 62.24.93.6 | 9/3/10 5:19 |
| 62.24.93.6 | 9/3/10 5:51 |
| 88.103.6.221 | 9/13/10 5:14 |
| 88.103.6.221 | 9/13/10 9:05 |
| 194.187.99.25 | 9/20/10 6:05 |
| 88.103.6.221 | 9/29/10 15:04 |
| 194.187.99.25 | 10/7/10 7:28 |
| 194.187.99.25 | 10/7/10 7:33 |
| 62.24.93.6 | 10/8/10 5:11 |
| 62.24.93.6 | 10/8/10 7:22 |
| 88.103.6.221 | 10/11/10 9:12 |
| 62.24.93.6 | 10/12/10 6:47 |
| 62.24.93.6 | 10/12/10 7:22 |
| 62.24.93.6 | 10/12/10 9:07 |
| 88.103.6.221 | 10/15/10 12:00 |
| 62.24.93.6 | 10/20/10 8:40 |
| 62.24.93.6 | 10/21/10 7:24 |
| 194.187.99.25 | 10/27/10 3:47 |
| 88.103.6.221 | 10/27/10 6:52 |
| 88.103.6.221 | 10/28/10 5:38 |
| 88.103.6.221 | 10/28/10 6:16 |
| 88.103.6.221 | 10/28/10 7:53 |
| 62.24.93.6 | 11/1/10 7:23 |
| 88.103.6.221 | 11/3/10 15:50 |
| 88.103.6.221 | 11/4/10 15:56 |
| 88.103.6.221 | 11/4/10 18:52 |

| IP Address | Date/Time |
|---|---|
| 62.24.93.6 | 11/5/10 9:23 |
| 62.24.93.6 | 11/5/10 9:50 |
| 88.103.6.221 | 11/7/10 5:34 |
| 78.140.150.120 | 11/9/10 10:37 |
| 88.103.6.221 | 11/10/10 15:52 |
| 78.140.150.120 | 11/11/10 7:30 |
| 88.103.6.221 | 11/12/10 7:31 |
| 88.103.6.221 | 11/15/10 13:29 |
| 88.103.6.221 | 11/17/10 9:53 |
| 88.103.6.221 | 11/17/10 11:51 |
| 88.103.6.221 | 11/17/10 11:53 |
| 62.24.93.6 | 11/19/10 8:36 |
| 88.103.6.221 | 11/19/10 12:22 |
| 88.103.6.221 | 11/20/10 6:39 |
| 88.103.6.221 | 11/21/10 5:43 |
| 78.140.150.120 | 11/22/10 13:36 |
| 62.24.93.6 | 11/24/10 10:47 |
| 88.103.6.221 | 11/24/10 16:07 |
| 88.103.6.221 | 11/25/10 15:31 |
| 88.103.6.221 | 11/27/10 9:17 |
| 78.140.150.120 | 11/28/10 8:59 |
| 94.142.234.1 | 11/29/10 5:43 |
| 94.142.234.1 | 11/29/10 10:49 |
| 88.103.6.221 | 11/29/10 12:25 |
| 88.103.6.221 | 11/29/10 16:21 |
| 88.103.6.221 | 11/29/10 17:39 |
| 94.142.234.1 | 11/30/10 5:05 |
| 88.103.6.221 | 12/4/10 6:39 |
| 94.142.237.236 | 12/7/10 8:53 |
| 94.142.237.236 | 12/7/10 8:59 |
| 94.142.237.236 | 12/7/10 9:11 |
| 88.103.6.221 | 12/14/10 16:38 |
| 88.103.6.221 | 12/14/10 16:44 |
| 94.142.237.236 | 12/16/10 10:25 |
| 88.103.6.221 | 12/16/10 12:03 |
| 94.142.237.236 | 1/3/11 5:42 |
| 94.142.237.236 | 1/7/11 6:48 |
| 94.142.237.236 | 1/11/11 5:42 |
| 94.142.237.236 | 1/14/11 4:43 |
| 94.142.237.236 | 1/25/11 4:48 |
| 88.103.6.221 | 1/25/11 13:51 |
| 94.142.237.236 | 1/26/11 8:44 |
| 88.103.6.221 | 2/1/11 15:42 |

| IP Address | Date/Time |
|---|---|
| 88.103.6.221 | 2/1/11 15:56 |
| 94.142.237.236 | 2/2/11 7:45 |
| 94.142.237.236 | 2/3/11 8:13 |
| 94.142.237.236 | 2/7/11 7:59 |
| 88.103.6.221 | 2/9/11 16:27 |
| 77.209.254.123 | 2/26/11 5:33 |
| 94.142.237.236 | 2/28/11 9:15 |
| 94.142.237.236 | 3/1/11 6:07 |
| 94.142.237.236 | 3/1/11 6:10 |
| 94.142.237.236 | 3/1/11 9:57 |
| 94.142.237.236 | 3/1/11 11:28 |
| 94.142.237.236 | 3/2/11 5:44 |
| 94.142.237.236 | 3/8/11 9:50 |
| 94.142.237.236 | 3/10/11 5:35 |
| 88.103.6.221 | 3/11/11 2:45 |
| 94.142.237.236 | 3/17/11 9:19 |
| 94.142.237.236 | 3/17/11 11:08 |
| 94.142.237.236 | 3/17/11 11:12 |
| 94.142.237.236 | 3/29/11 11:28 |
| 94.142.237.236 | 3/30/11 11:15 |
| 94.142.237.236 | 3/31/11 6:37 |
| 94.142.237.236 | 4/1/11 9:07 |
| 94.142.237.236 | 4/11/11 10:49 |
| 88.103.6.221 | 4/12/11 3:19 |
| 94.142.237.236 | 4/18/11 7:09 |
| 94.142.237.236 | 4/18/11 11:18 |
| 94.142.237.236 | 4/19/11 4:48 |
| 94.142.237.236 | 4/19/11 10:14 |
| 94.142.237.236 | 4/20/11 11:10 |
| 94.142.237.236 | 4/21/11 4:24 |
| 94.142.237.236 | 4/26/11 6:24 |
| 94.142.237.236 | 4/26/11 6:35 |
| 94.142.237.236 | 4/26/11 10:03 |
| 88.103.6.221 | 4/26/11 16:01 |
| 94.142.237.236 | 5/20/11 9:33 |
| 94.142.237.236 | 6/13/11 11:01 |
| 94.142.237.236 | 6/14/11 9:09 |
| 88.103.6.221 | 6/23/11 13:38 |
| 88.103.6.221 | 7/5/11 5:17 |
| 94.142.237.236 | 7/7/11 10:31 |
| 94.142.237.236 | 7/11/11 7:43 |
| 88.103.6.221 | 7/12/11 10:30 |
| 94.142.237.236 | 7/14/11 9:48 |

| IP Address | Date/Time |
|---|---|
| 94.142.237.236 | 7/14/11 10:00 |
| 88.103.6.221 | 7/14/11 16:31 |
| 94.142.237.236 | 7/15/11 5:16 |
| 94.142.237.236 | 7/15/11 8:26 |
| 94.142.237.236 | 7/26/11 8:01 |
| 94.142.237.236 | 7/26/11 9:39 |
| 88.103.6.221 | 7/27/11 15:41 |
| 88.103.6.221 | 7/28/11 3:39 |
| 94.142.237.236 | 8/3/11 8:35 |
| 94.142.237.236 | 8/5/11 9:53 |
| 94.142.237.236 | 8/8/11 9:00 |
| 94.142.237.236 | 8/9/11 5:36 |
| 94.142.237.236 | 8/10/11 11:26 |
| 88.103.6.221 | 8/26/11 16:52 |
| 88.103.6.221 | 8/27/11 17:48 |
| 88.103.6.221 | 8/29/11 17:25 |
| 94.142.237.236 | 8/31/11 8:53 |
| 94.142.237.236 | 8/31/11 9:18 |
| 94.142.237.236 | 8/31/11 10:00 |
| 94.142.237.236 | 9/1/11 10:54 |
| 94.142.237.236 | 9/2/11 10:46 |
| 94.142.237.236 | 9/5/11 8:58 |
| 94.142.237.236 | 9/5/11 11:10 |
| 88.103.6.221 | 9/12/11 13:35 |
| 94.142.237.236 | 9/13/11 8:21 |
| 94.142.237.236 | 9/14/11 10:00 |
| 88.103.6.221 | 9/28/11 16:08 |
| 88.103.6.221 | 9/29/11 9:05 |
| 88.103.6.221 | 9/29/11 14:41 |
| 88.103.6.221 | 9/30/11 12:18 |
| 88.103.6.221 | 10/2/11 6:34 |
| 94.142.237.236 | 10/4/11 11:46 |
| 88.103.6.221 | 10/5/11 3:12 |
| 94.142.237.236 | 10/6/11 4:11 |
| 94.142.237.236 | 10/6/11 8:26 |
| 88.103.6.221 | 10/26/11 12:54 |