# EXHIBIT 5





B - NoahAndMandy.jpg-2