# EXHIBIT 6



C - JoshAndMandy.jpg-1

