# EXHIBIT 7

hot College Fuck - Dawson & Mandy - CorbinFisher.com
http://www.sunporno.com/tube/videos/48281/hot-college-fuck---dawson--mandy---corbinfisher.com.html
PERSONAL LINKS Writings Facebook Big Mus RJ .:: PlanetRomeo ::. Vons Pharmacy Craigs
(Untitled)
Search Results for: corbin fisher
Web-Based Email :: Mail Index ::...
hot College Fuck - Dawson & ...
Our friends: Twilight Sex Tube Shemale Tube Pornoxo Gay Tube
ENTERTAIN YOURSELF SUN PORNO Tube
Free Porno Tube without Agressive Porn Advertisement for Our Bookmarkers only.
Bookmark Us or vote for us - +1 0 Like
Login Sign Up
HOME CATEGORIES PHOTOS PORNSTARS COMMUNITY FORUM LIVE CAMS ADULT DATING FAQ
SunPorno iPhone Porn
CLASSIC VIEW
Movies Search
upload
FREE 3D PORN FREE 3D PORN FREE 3D PORN FREE 3D PORN FREE 3D PORN FREE 3D PORN
hot College Fuck - Dawson & Mandy - CorbinFisher.com
Time : 13:20 | 6386 Views | Comments : 0
Added : 2010-11-30 06:05:20 By: Trikster
18 U.S.C. Section 2257 Record-Keeping Requirement Compliance Statement for "Dawson & Mandy."
All actual human beings visually depicted performing actual sexually explicit conduct in "Dawson & Mandy" were 18 years of age or older at the time of production of the depiction (11/12/08). All records required by 18 U.S.C. Section 2257 and 28 C.F.R. 75 are maintained by, and located at:
Custodian of Records
Darrell Murphy
Customer Service Manager
3969 4th Avenue Suite 300
San Diego, CA 92103
Actual production dates for depictions of actual human beings engaged in actual sexually explicit conduct are contained in the records maintained pursuant to 18 U.S.C. Section 2257 and 28 C.F.R. 75.
The date of reproduction or republication of visual depictions of actual human beings engaged in actual sexually explicit conduct is current as of the date of access to CorbinFisher.com.
00:12
13:19
Download movie
Add to favorites
Report
Embed code:
<iframe src="http://embeds.sunporno.com/embed/48281" frameborder=0 width=650 height=518 scrolling=no></iframe>
Ron Jeremy Reveals The #1 TRICK TO MAKING YOUR COCK BIGGER!
GET BIG!
CLICK HERE >
just hookup .com
Join for FREE!
GET LAID GUARANTEED!
Tags : Babes, Bedroom, Blowjobs, Doggy Style
URL: http://www.sunporno.com/tube/videos/48
Vote
4 likes, 0 dislikes
Advertising
Want to Fuck
n Join FREE
o the High
Required
ew Pics
Feedback
REDACTED
Due To
Graphic Conent
Done

D - DawsonAndMandy.jpg-1

http://www.sunporno.com/tube/videos/48281/hot-college-fuck---dawson--mandy---corbinfisher.com.html — hot College Fuck - Dawson & Mandy - CorbinFisher.com
Google
Our friends: Twilight Sex Tube Shemale Tube Pornoxo Gay Tube
ENTERTAIN YOURSELF SUN PORNO Tube
Free Porno Tube without Agressive Porn Advertisement for Our Bookmarkers only.
Bookmark Us or vote for us - +1 0 Like
Login Sign Up
HOME CATEGORIES PHOTOS PORNSTARS COMMUNITY FORUM LIVE CAMS ADULT DATING FAQ SunPorno iPhone Porn
CLASSIC VIEW
Movies Search
upload
DOWNLOAD
PLAY NOW
hot College Fuck - Dawson & Mandy - CorbinFisher.com
Time : 13:20 | 6386 Views | Comments : 0 Added : 2010-11-30 06:05:20 By: Trikster
AMATEUR COLLEGE SEX
CorbinFisher's
AMATEUR
COLLEGE SEX
PRESENTS
DAWSON & MANDY
00:25 13:19
Download movie Add to favorites Report
Embed code:
<iframe src="http://embeds.sunporno.com/embed/48281" frameborder=0 width=650 height=518 scrolling=no></iframe>
Ron Jeremy Reveals The
#1 TRICK
TO MAKING YOUR
COCK BIGGER!
GET BIG!
CLICK HERE >
This shit works like
Dick Steroids!
+4"
REDACTED
Due To
Graphic Conent
ecret Here >>
Tags : Babes, Bedroom, Blowjobs, Doggy Style
URL: http://www.sunporno.com/tube/videos/48
Vote
4 likes, 0 dislikes