# EXHIBIT 8





E - Chris & Mandy-2.jpg