# EXHIBIT 9



F - TannerAndMandy.jpg-1

