# EXHIBIT 12

Register .XXX Domains 30% Off: March 26 - April 9! Learn More

SUPPORT    WHOIS    CART

| Home | Find Domains | Domain Auctions | Domain Brokerage | Domain Products | News & Resources | My Account |

## About Us

### A better way to buy, sell and manage domain names

Moniker.com® and SnapNames.com® work together to streamline domain name management:

- Moniker is a full-service, ICANN-accredited domain registrar, premium brokerage, escrow and live auction house.
- SnapNames is a dynamic, open domain names marketplace.
- Both are part of the KeyDrive family of companies.

#### The Moniker difference

Pioneers in the specialty – Moniker's experience is unmatched, perfecting and advancing domain registration for over a decade. With leading-edge software and a hard-working staff of experts, Moniker delivers:

- Fully ICANN-accredited domain name registrar services
- Toll-free live telephone customer support
- The highest possible security
- Easy-to-use domain management tools for single domains – plus versatile and intuitive bulk tools for larger domain portfolios
- A sales team that can help you buy and sell registered domains

Moniker specializes in creating user-friendly ways to make domain management easier and more efficient, including:

- URL and e-mail forwarding
- Domain MaxLock™ and Portfolio MaxLock™ security protection
- Parking and monetization through sister company NameDrive
- Domain name appraisal
- True domain escrow
- Experienced, market-savvy brokerage services

**Moniker.com**
20 SW. 27th Avenue
Suite 201
Pompano Beach, FL 30069

T: 954.861.3500
E: sales@moniker.com

#### SnapNames: the power of the market

SnapNames.com® pioneered the first commercially available technology for backordering registered domain names. Since then, SnapNames has engineered a dynamic and busy online marketplace, where hundreds of high-performing domain names are bought and sold daily.

SnapNames has brought the convenience of online shopping to the domain name aftermarket. SnapNames brings domain name buyers and sellers together with a variety of market options, including:

- Daily auctions: a fully automated daily listing of tens of thousands of registered domain names available for sale.
- Monthly Showcase Auctions: a special online auction of handpicked domain names with excellent performance potential.
- Live Auction Events: held in cities around the country, buyers and sellers attend in person. Online, telephone and proxy bidding is also enabled, with live streaming video.

SnapNames is the Web's resale marketplace of choice. Hundreds of auctions are closed each day at prices ranging from a few dollars to tens of thousands.

And SnapNames has exclusive partner relationships with the world's top registrars. That gives SnapNames users a real marketplace edge.

**SnapNames.com**
1800 SW 1st Avenue
Suite 300
Portland, OR 97201

T: 503.219.9990
F: 503.274.9749
E: support@snapnames.com

| About Us | Legal | Contact | Like us on Facebook |

| Partners | Privacy Policy | Support |  Follow us on Twitter |   |
| Affiliates | Site Map | | | |

All site contents (c) 2005-2012, Moniker Online Services, LLC. All rights reserved.