# EXHIBIT 25

Liberty Media Holdings, LLC Copyrighted Videos Posted on SunPorno.com

|  | Video Title | URL |
|---|---|---|
| 1 | Noah and Mandy | http://www.sunporno.com/tube/videos/44493/hot-college-fuck--- noah--mandy---corbinfisher.com.html |
| 2 | Josh and Mandy | http://www.sunporno.com/tube/videos/47894/hot-college-fuck---josh--mandy---corbinfisher.com.html |
| 3 | Dawson and Mandy | http://www.sunporno.com/tube/videos/48281/hot-college-fuck---dawson--mandy---corbinfisher.com.html |
| 4 | Chris and Mandy | http://www.sunporno.com/tube/videos/47892/hot-college-fuck---chris--mandy---corbinfisher.com.html |
| 5 | Tanner and Mandy | http://www.sunporno.com/tube/videos/51185/hot-college-fuck--- tanner--mandy---corbinfisher.com.html |
| 6 | Philip Fucks Trey | http://www.sunporno.com/tube/videos/85147/passionate-college- gay-boys-having-sex-on-the-sofa.html |