# EXHIBIT 26

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-646-027**

**Effective date of registration:**

September 30, 2009

## Title

**Title of Work:** Corbin Fisher Amateur College Sex

Tanner & Mandy

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** February 25, 2009     **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J. Randazza,Esq

**Email:**  copyright@excelsiormedia.com          **Telephone:**   888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** September 30, 2009

**Applicant's Tracking Number:** ACS0181

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-650-659

**Effective date of registration:**

November 13, 2009

## Title

**Title of Work:** Corbin Fisher's Amateur College Sex Presents Chris & Mandy

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** November 26, 2008      **Nation of 1st Publication:** United States

## Author

■      **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com      **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** November 13, 2009

**Applicant's Tracking Number:** ACS0163

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-647-665**

**Effective date of registration:**

October 15, 2009

---

## Title

**Title of Work:** Corbin Fisher's Amateur College Sex Presents Dawson & Mandy

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** January 21, 2009      **Nation of 1st Publication:** United States

## Author

- **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

   **Author Created:** entire motion picture

   **Work made for hire:** Yes

   **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:**  copyright@excelsiormedia.com      **Telephone:**   888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** October 15, 2009

**Applicant's Tracking Number:** ACS0174

AC$0178

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-647-157**

**Effective date of registration:**

October 7, 2009

## Title

**Title of Work:** Corbin Fisher Amateur College Sex Josh & Mandy

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** February 11, 2009     **Nation of 1st Publication:** United States

## Author

■     **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J. Randazza, Esq

**Email:**  copyright@excelsiormedia.com     **Telephone:**   888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** October 7, 2009

**Applicant's Tracking Number:** ACS0178

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-645-904**

**Effective date of
registration:**

September 29, 2009

---

## Title

**Title of Work:** Corbin Fisher Amateur College Sex Noah & Mandy

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** March 11, 2009          **Nation of 1st Publication:** United States

## Author

■          **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J. Randazza, Esq

**Email:** copyright@excelsiormedia.com          **Telephone:** 888-267-2462

**Address:** 302 Washington Street

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** September 29, 2009

**Applicant's Tracking Number:** ACS0183

*HCM0957*

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-738-387**

**Effective date of registration:**

June 24, 2011

---

## Title

**Title of Work:** Corbin Fisher Amateur College Men Philip Fucks Trey

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 17, 2011          **Nation of 1st Publication:** United States

## Author

■          **Author:** Liberty Media Holdings, LLC, dba  Excelsior Productions

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Liberty Media Holdings, LLC, dba  Excelsior Productions

302 Washington St, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions

**Organization Name:** Excelsior Media Corp

**Name:** Marc J Randazza, Esq

**Email:** copyright@excelsiormedia.com          **Telephone:**   888-267-2462

**Address:** 302 Washington St

STE 321

San Diego, CA 92103  United States

## Certification

**Name:** Jason Gibson

**Date:** February 21, 2011

**Applicant's Tracking Number:**   ACM0957

---