# EXHIBIT 27











L - Member Profiles-5.jpg

