# EXHIBIT 11



You are logged in as mrandazza    Upgrade Your Account | Log out | Help

**DomainTools**

sunporno.com    [Whois Search ▾]  Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## Whois History for Sunporno.com on 2011-09-27

Like 1k

Enter a domain name to get its history

Domain Name: sunporno.com   [Search]

« Previous                                                Next »

**Domain:** sunporno.com - Whois History
**Cache Date:** 2011-09-27
**Registrar:** MONIKER ONLINE SERVICES, INC.
**Server:** whois.moniker.com
**Created:** 2000-10-06
**Updated:** 2010-05-05
**Expires:** 2017-10-06
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
sunporno.com@domainservice.com

```
Domain Name: SUNPORNO.COM
Registrar: MONIKER

Registrant [2125963]:
    Moniker Privacy Services SUNPORNO.COM@domainservice.com
    Moniker Privacy Services
    20 SW 27th Ave.
    Suite 201
    Pompano Beach
    FL
    33069
    US

Administrative Contact [2125963]:
    Moniker Privacy Services SUNPORNO.COM@domainservice.com
    Moniker Privacy Services
    20 SW 27th Ave.
    Suite 201
    Pompano Beach
    FL
    33069
    US
    Phone: +1.9549848445
    Fax:   +1.9549699155

Billing Contact [2125963]:
    Moniker Privacy Services SUNPORNO.COM@domainservice.com
    Moniker Privacy Services
    20 SW 27th Ave.
    Suite 201
    Pompano Beach
    FL
    33069
    US
    Phone: +1.9549848445
    Fax:   +1.9549699155
```

```
Technical Contact [2125963]:
    Moniker Privacy Services   SUNPORNO.COM@domainservice.com
    Moniker Privacy Services
    20 SW 27th Ave.
    Suite 201
    Pompano Beach
    FL
    33069
    US
    Phone: +1.9549848445
    Fax:   +1.9549699155

Domain servers in listed order:

    NS5.PUBLIC-NS.COM
    NS6.PUBLIC-NS.COM

    Record created on:       2000-10-06 10:24:09.0
    Database last updated on: 2011-08-31 10:01:38.26
    Domain Expires on:       2017-10-06 10:24:09.0
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

