# EXHIBIT 15

SunPorno.com – Porno Tube, Free Porn Videos, XXX, Pussy, Porno Movies & Pics         12/12/11 5:30 PM

You are logged in as mrandazza   **Upgrade Your Account** | Log out | Help     3 Items in Cart

**DomainTools**                            sunporno.com  [Whois Search ▾]  Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## Whois Record For SunPorno.com

Acquire this Domain Name        Tweet   Like 1k

Search Whois Records [_____]  Search

**Whois Record**   Site Profile   Registration   Server Stats   My Whois

### Server Data

   Server Type: nginx/0.8.36
   IP Address: 213.174.154.204   Reverse-IP | Ping | DNS Lookup | Traceroute
   ASN: AS39572
   IP Location: 🇳🇱 - Ohio - Amsterdam - Haldex Ltd
   Response Code: 200
   Domain Status: Registered And Active Website



Updated November 30, 2011

Queue Screenshot for Update

You the smart one? Let us show you the job you dream of



**Country TLDs**   **General TLDs**

Available domains for registration:

☐ SunPorno.cn     Register
☐ SunPorno.dk     Register
☐ SunPorno.in     Register
☐ SunPorno.mx     Register
☐ SunPorno.kw     Register

Register All Selected >



SunPorno.com – Porno Tube, Free Porn Videos, XXX, Pussy, Porno Movies & Pics     12/12/11 5:30 PM

Membership | Developer API | About us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

