# EXHIBIT 16

SunPorno.com – Porno Tube, Free Porn Videos, XXX, Pussy, Porno Movies & Pics                                           12/12/11 5:30 PM



SunPorno.com - Porno Tube, Free Porn Videos, XXX, Pussy, Porno Movies & Pics

12/12/11 5:30 PM

Memberships | Developer API | About Us | Blog    Desktop Tools    Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2011 DomainTools, LLC All rights reserved.

