Marc J. Randazza, Esq., NV Bar #12265
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax
mjr@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SERGEJ LETYAGIN, d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50<br><br>Defendants | Case No. _____<br><br>**FILED UNDER SEAL**<br><br>***EX PARTE* MOTION TO FILE UNDER SEAL** |

    This Ex Parte Application, submitted under seal, is made for an Order Temporarily Sealing Portions of the File—specifically, Plaintiff requests permission to file the present Motion under seal as well as permission to file the Complaint and Motion for Order Permitting Alternate Service of the Summons and Complaint on Defendants under seal. This Motion is submitted under seal pursuant to Local Rule 10.5 and is based upon the attached memorandum of points and authorities and supporting declarations.

1

| | | |
|---|---|---|
| 1 | Dated: May 31, 2012 | Respectfully Submitted, |
| 2 | | *s/Marc J. Randazza* |
| 3 | | Marc J. Randazza, Esq., (12265) |
| 4 | | mjr@randazza.com<br>Randazza Legal Group |
| 5 | | 6525 W. Warm Springs Rd., Suite 100<br>Las Vegas, NV 89118 |
| 6 | | (888) 667-1113<br>(305) 437-7662 fax |

2
Motion to Seal