1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC ) | Case No. _____ |
| ) | |
| Plaintiff, ) | |
| ) | **[PROPOSED] ORDER ALLOWING** |
| vs. ) | **MOTION FOR APPLICATION** |
| ) | **TEMPORARILY SEALING PORTIONS OF** |
| SERGEJ LETYAGIN, d/b/a ) | **THE FILE** |
| SUNPORNO.COM, IDEAL CONSULT, ) | |
| LTD., "ADVERT", "CASTA", ) | |
| "TRIKSTER", "WORKER", "LIKIS", ) | |
| "TESTER" and DOES 1-50 ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |
| _____ ) | |

Good cause existing, it is hereby ORDERED that the documents contained in Plaintiff's Motion for Order Temporarily Sealing the Portions of the File shall be filed under seal. Additionally, it is hereby ORDERED that the documents contained in Plaintiff's Motion for Order Permitting Alternate Service of the Summons and Complaint on Defendants shall be filed under seal. Furthermore, it is hereby ORDERED that the Complaint and supporting documents shall be filed under seal. It is further ORDERED that immediately upon the Plaintiff filing a return of service indicating service by email, that the seal shall automatically dissolve.

Dated: _____          _____

United States District Judge

1