# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa LLC, ) | |
| ) | |
| Plaintiff, ) | No. C11-3041-MWB |
| ) | |
| vs. ) | ORDER ON PRO HAC VICE MOTION |
| ) | |
| SERGEJ LETYAGIN d/b/a ) | |
| www.sunporno.com and ) | |
| SunPorno.com, JOHN DOES 1-100 ) | |
| and JOHN DOE COMPANIES 1-100, ) | |
| ) | |
| Defendants. ) | |

Upon unresisted application and pursuant to Administrative Order 1213[1], it is

**ORDERED**

That the Motion to Appear Pro Hac Vice (docket number 21), is granted. Attorney Valentin Gurvits is admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter on behalf of Defendant Sergej Letyagin, d/b/a www.sunporno.com and SunPorno.com.

DATED February 13, 2012.

ROBERT L. PHELPS, Clerk
U.S. District Court
Northern District of Iowa

By: /s/ Sarah K. Melvin
       Deputy Clerk

---

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa LLC, | ) |
| | ) |
| Plaintiff, | ) No. C11-3041-MWB |
| | ) |
| vs. | ) ORDER ON PRO HAC VICE MOTION |
| | ) |
| SERGEJ LETYAGIN d/b/a www.sunporno.com and SunPorno.com, JOHN DOES 1-100 and JOHN DOE COMPANIES 1-100, | ) ) ) |
| | ) |
| Defendants. | ) |

Upon unresisted application and pursuant to Administrative Order 1213[1], it is

**ORDERED**

That the Motion to Appear Pro Hac Vice (docket number 20) is granted. Attorney Evan Fray-Witzer is admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter on behalf of Defendant Sergej Letyagin, d/b/a www.sunporno.com and SunPorno.com.

DATED February 8, 2012.

ROBERT L. PHELPS, Clerk
U.S. District Court
Northern District of Iowa

By: /s/Sarah K. Melvin
       Deputy Clerk

---

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.