# EXHIBIT L

Dear webmasters, in case you have questions about sunporno, please contact us at
[webmaster@sunporno.com](mailto:webmaster@sunporno.com)