# EXHIBIT N

## CERTIFICATE – ATTESTATION

### SERGEJ LETYAGIN

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention

1) that the document has been served* the (date)
  que la demande a été executée* le (date)

- at (place, street, number)
- à (localité, rue, numéro)
- ..................................................................................................................................................

- in one of the following methods authorised by article 5:
- dans une des formes suivantes prévues à l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
   selon les formes légales (article 5, alinéa premier, lettre (a))*
b) in accordance with the following particular method*:
   selon la forme particulière suivante*
..............................................................................................................................................
..................................................................................................

2) by delivery to the addressee, who accepted it voluntarily*
   par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:
(identity and description of person)
(identité et qualité de la personne)   ..................................................................
                                        ..................................................................

relationship to the addressee (family, business or other)
liens de parenté, de subordination ou autres, avec
le destinataire de l'acts:     ...............................................................
                               ...............................................................

2) that the document has not been served by reason of the following facts*:
   que la demande n'a pas été exécutée en raison des faits suivants*: **Not at Suite 2 Portland House, Glacis Road, Gibraltar**

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to repay or reimburse the expenses in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais
3042

**Annexes**
Documents returned
Pièces renvoyées
*PRINCIPALS OF ALL DOCUMENTS SENT*
...............................................................
...............................................................

Done at **GIBRALTAR**
Fait à   ...............................................................

the **25 October 2011**
le

In appropriate cases, documents establishing service:
Le cas échéant, les documents justicatifs de l'exécution:
...............................................................
...............................................................
...............................................................

Signature and/or stamp.
Signature et/ou cachet

*Delete if inappropriate
*Rayer les mentions inutiles