# EXHIBIT B



*identity for everyone*

| Domains | Hosting | Email | Website Design | Digital Certificates | Support | Resellers |

Home | My Account | Register Domain | Transfer Domain | Support | Contact Us | Whois | Knowledge Base | Hot Deals!!!

## Whois Search Results

Domain Name : sunporno.com

Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time. By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: SUNPORNO.COM
Registrar: MONIKER

Registrant [1110081]:
Domain Admin   webmaster@nightangels.com
Ideal Consult Ltd
offices of Mayfair Trust Group Limited
Independence Avenue, P.O. Box 1312
Capital City
Victoria, Mahe
00000
SC

Administrative Contact [1110081]:

**Quick Links**

Register New
Transfer
Bulk Register
Bulk Transfer
Name Suggestion Tool
Price List
FREE Services

**Hot Deals!!!**

.CO.IN, NET.IN, ORG.IN,
GEN.IN, FIRM.IN, IND.IN
SALE! USD 3.88

.IN SALE! USD 3.88

.EU SALE! USD 5.86

.CN.COM SALE! USD
11.88

**Web/Email Hosting**

Linux Hosting Plans
Windows Hosting Plans
Email-only Plans

**Digital Certificates**

View Plans
Features
Compare Plans

WHOIS Lookup                                                                                         9/28/11 3:45 PM

- Domain Admin  webmaster@nightangel.com
- Ideal Consult Ltd
- offices of Mayfair Trust Group Limited
- Independence Avenue, P.O. Box 1312
- Capital City
- Victoria, Mahe
- 00000
- SC
- Phone: +420.776246201

Billing Contact [1110081]:

Domain Admin  webmaster@nightangel.com
Ideal Consult Ltd
offices of Mayfair Trust Group Limited
Independence Avenue, P.O. Box 1312
Capital City
Victoria, Mahe
00000
SC
Phone: +420.776246201

Technical Contact [1110081]:

Domain Admin  webmaster@nightangel.com
Ideal Consult Ltd
offices of Mayfair Trust Group Limited
Independence Avenue, P.O. Box 1312
Capital City
Victoria, Mahe
00000
SC
Phone: +420.776246201

Domain servers in listed order:

NS5.PUBLIC-NS.COM
NS6.PUBLIC-NS.COM

Record created on: 2000-10-06 10:24:09.0
Database last updated on: 2011-09-28 16:17:24.84
Domain Expires on: 2020-10-06 10:24:09.0

---

Search the WHOIS Database

**Domain Name**        
                       EXAMPLE: somedomain.com

**Security Key**        15253        Please insert the security key from the
                                     image above into the box below. This
                                     key is used to verify that this page is
                                     not accessed by any automated
                                     processes.

Search

Home | My Account | Register Domain | Transfer Domain | Web Hosting | Email Hosting | Digital Certificates | Whois | Contact Us | Legal

Copyright © Whois.com Pte Ltd. All Rights Reserved.