# EXHIBIT M

Looking to buy gay hardlinks - GoFuckYourself.com - Adult Webmaster Forum         11/9/11 10:01 AM






Register  •  GFY Rules  •  Calendar

Looking to buy gay hardlinks

**design** — Registered User
Join Date: Nov 2005
Posts: 233

**Looking to buy gay hardlinks**

Please send list of gay sites where you can sell us links along with pricing to d.pinspector at gmail dot com. Looking to buy for 3 months.

I will buy your established site (adult or mainstream), icq me 239-346-0?

---

**2Bet** — [user]
Industry Role:
Join Date: Jun 2004
Posts: 10,249

sending email now

Sister Companies Include:
SexcamCash.com for Sale -

---

**RebelD** — Registered User
Industry Role:
Join Date: Jul 2004
Location: Ontario
Posts: 1,766

Email Sent as well

The Traffic hippy, Site Owners We Pay weekly!
ICQ: 504525619 Email-devin at rebel-ads dot com
http://www.rebel-ads.com
NOW SELLING TWEN*S!

---

**Waboven**

email sent

