# EXHIBIT H

Case 2:12-cv-00923-LRH-GWF Document 3-21 Filed 05/31/12 Page 2 of 3
12/12/11 Case 0:11-cv-62107-KMW Sunporno.com - Whois History - DomainTools
Document 43-2 Entered on FLSD Docket 12/13/2011 Page 2 of 3

You are logged in as mrardezza   Upgrade Your Account | Log out | Help       | 3 Items in Cart

 

| sunporno.com | Whois Search | Search |

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

Tweet  Like  1k

## Whois History for Sunporno.com on 2011-08-31

Enter a domain name to get its history

sunporno.com                                                Get History

« Previous                                                       Next »

**Domain:** sunporno.com - Whois History
**Cache Date:** 2011-08-31
**Registrar:** MONIKER ONLINE SERVICES, INC.
**Server:** whois.moniker.com
**Created:** 2000-10-06
**Updated:** 2010-05-05
**Expires:** 2017-10-06
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with:
webmaster@nightangel.com

```
Domain Name: SUNPORNO.COM
Registrar: MONIKER

Registrant [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI

Administrative Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone: +420.776246201

Billing Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone: +420.776246201

Technical Contact [1110081]:
        Sergej Letyagin webmaster@nightangel.com
        Portland House, Suite 2
        Glasis Road
        gi
        00000
        GI
        Phone: +420.776246201

Domain servers in listed order:
```

```
NS5.PUBLIC-NS.COM
NS6.PUBLIC-NS.COM

Record created on:       2000-10-06 10:24:09.0
Database last updated on: 2011-08-29 14:00:49.563
Domain Expires on:       2017-10-06 10:24:09.0
```

My Favorites | Download API   About Us   Blog | Desktop Tools | Terms of Service | Privacy | Support   Careers | Contact Us   Site Map

© 2011 DomainTools, LLC All rights reserved.

