UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SERGEJ LETYAGIN, d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50<br><br>Defendants | Case No. _____<br><br>**FILED UNDER SEAL**<br><br>**DECLARATION OF MARC J. RANDAZZA IN SUPPORT OF *EX PARTE* MOTION FOR ORDER TEMPORARILY SEALING PORTIONS OF THE FILE AND MOTION FOR ALTERNATE SERVICE** |

I, MARC RANDAZZA, declare under penalty of perjury that:

1. I am the counsel for Plaintiff Liberty Media Holdings, LLC.

2. The following statements are based upon personal knowledge of the facts, and if called to, I would be able to competently testify to the facts contained herein.

3. I am familiar with the actions of foreign-based, offshore intellectual property pirates. It is within my knowledge and expertise that when intellectual property thieves become aware that their actions may result in legal liability, they quickly take steps to evade such liability, and to evade service.

4. I am familiar with the Defendants in the instant case, as I previously dealt with their evasion of service in a prior case.

1

5. Rule 4(f)(3) allows Defendants in a foreign country to be served "by other means not prohibited by international agreement, as the court orders."

6. As such, Plaintiff Liberty needs prior permission in order to serve defendants via alternative methods of service.

7. I have found a number of valid, working email addresses to use in order to contact the Defendants: webmaster@nightangel.com and tgpalliance@gmail.com. I have engaged in research directed at finding a physical location for any of the defendants, and I have been unable to locate them. As such, electronic service is the most viable method for serving these hidden defendants.

8. Further, the Defendants are represented by U.S.-based attorneys, Ms. Jennifer Rinden, Esq., Ms. Connie Alt, Esq., Valentin Gurvits, Esq. and Evan Fray-Witzer, Esq. Gurvits and Fray-Witzer are actually defending this very same website (www.sunporno.com) and individual (Letyagin) in *Fraserside v. Letyagin*, Civil Case No. 11-cv-03041-MWB (N.D. Iowa). Mr. Gurvits and Mr. Fray-Witzer are ethically bound to communicate with their client, and will inform their clients if service is effected upon them.

9. In my opinion, gained through my years of experience pursuing copyright scofflaws, if the Defendants become aware that Plaintiff is attempting to obtain an order allowing alternative service via email or by service upon Ms. Rinden, Ms. Alt, Mr. Gurvits and/or Mr. Fray-Witzer, Defendants will, in all likelihood, disable all existing emails addresses in order to further evade service and frustrate any such relief. As such, it is necessary to file both the Motion Temporarily Sealing Portions of the File and the Motion for Alternate Service under seal.

10. It is also my professional opinion that, if the parties to this suit were served with documents in this case via email, they would receive them and have notice of the claims against them with more certainty than if traditional means of service were required.

\\
\\
\\
\\
\\

11. As such, it is necessary to file Plaintiff's Motion to Seal Portions of the File, Plaintiff's Motion for an Order Allowing Alternate Service Via Email, and Complaint under seal. These documents may be unsealed as soon as Plaintiff has served Defendants via email, and Plaintiff will alert the Court as to when this has taken place.

Executed this 31st day of May, 2012 under penalty of perjury in Las Vegas, Nevada.

<u>s/Marc J. Randazza</u>

Marc J. Randazza, Esq., NV Bar #12265
Randazza Legal Group
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax
mjr@randazza.com