UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SERGEJ LETYAGIN, d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50<br><br>Defendants | Case No. 2:12-cv-00923-LRH-GWF<br><br>**ORDER ALLOWING MOTION FOR APPLICATION TEMPORARILY SEALING PORTIONS OF THE FILE** |

Good cause existing, it is hereby ORDERED that the documents contained in Plaintiff's Motion for Order Temporarily Sealing the Portions of the File shall be filed under seal. Additionally, it is hereby ORDERED that the documents contained in Plaintiff's Motion for Order Permitting Alternate Service of the Summons and Complaint on Defendants shall be filed under seal. Furthermore, it is hereby ORDERED that the Complaint and supporting documents shall be filed under seal. It is further ORDERED that <u>immediately</u> upon the Plaintiff filing a return of service indicating service by email, that the seal shall automatically dissolve.

Dated: this 5th day of June, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1