AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Liberty Media Holdings, LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| Sergej Letyagin d/b/a SunPorno.com, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sergej Letyagin d/b/a SunPorno.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marc J. Randazza
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

06/01/2012
DATE

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Sergej Letyagin d/b/a SunPorno.com**
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **I served the defendant via email and via US Mail to his counsel of record as per the Court's Order at ECF9. Please see the attached declaration.**

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0** .

I declare under penalty of perjury that this information is true.

Date: **June 11, 2012**

_____
*Server's signature*

**ERIKA DILLON, PARALEGAL**
*Printed name and title*

**4262 BLUE DIAMOND RD., STE. 102-377**
**LAS VEGAS, NV 89118**
*Server's address*

Additional information regarding attempted service, etc: