1  Marc J. Randazza, Esq., NV Bar #12265
   Randazza Legal Group
2  6525 W. Warm Springs Rd., Suite 100
3  Las Vegas, NV 89118
   (888) 667-1113
4  (305) 437-7662 fax
   mjr@randazza.com
5
6  Attorneys for Plaintiff,
   Liberty Media Holdings, LLC
7

8              UNITED STATES DISTRICT COURT
9                  DISTRICT OF NEVADA
10
11 LIBERTY MEDIA HOLDINGS, LLC        )   Case No. 12-cv-00923-LRH-GWF
                                      )
12 Plaintiff,                         )
                                      )   **AFFIDAVIT OF SERVICE**
13 vs.                                )
                                      )
14 SERGEJ LETYAGIN, d/b/a             )
   SUNPORNO.COM, IDEAL CONSULT,       )
15 LTD., "ADVERT", "CASTA",           )
   "TRIKSTER", "WORKER", "LIKIS",     )
16 "TESTER" and DOES 1-50             )
                                      )
17 Defendants                         )
18                                    )
                                      )
19 _____)

20 I, ERIKA DILLON, do hereby declare:

21    At the time of service, I was over the age of 18 years old and a resident of the state of
22 Nevada. I am employed by the Plaintiff as a paralegal and online investigator. My mailing
23
24 address is 4262 Blue Diamond Road, Suite 102-377, Las Vegas, Nevada 89118.

25    On June 11, 2012, I pulled the docket for Case Number 11-cv-3041 in the Northern
26 District of Iowa, to determine the appropriate mailing addresses for the Defendants' attorneys, as
27 per the Order (ECF 9) at page 3.
28

1

1   On June 11, 2012 at 1:34 PM PST, I deposited priority mail packages addressed as
2   follows, into a drop box that is regularly maintained by the United States Postal Service. I
3   confirmed with the attendant that these items would be picked up at 3 PM PST and postmarked
4
5   with today's date.

| | |
|---|---|
| Constance M. Alt<br>Shuttleworth & Ingersoll<br>PO Box 2107<br>Cedar Rapids, IA 52406-2107 | Tracking Number 0301 0120 0001 3271 2177 |
| Jennifer E. Rinden<br>Shuttleworth & Ingersoll<br>PO Box 2107<br>Cedar Rapids, IA 52406-2107 | Tracking Number 0301 0120 0001 3271 2191 |
| Evan Marc Fray-Witzer<br>Ciampa Fray-Witzer<br>20 Park Plaza, Suite 804<br>Boston, MA 02116 | Tracking Number 0301 0120 0001 3271 2184 |
| Valentin David Gurvits<br>Boston Law Group PC<br>825 Beacon Street, Suite 20<br>Newton Centre, MA 02459 | Tracking Number 0301 0120 0001 3271 2207 |

These addresses are the addresses listed with the Northern District of Iowa and the packages contained true and correct copies of the Complaint, Summons, Order Granting Alternate Service, and exhibits attached to the Complaint.

On June 11, 2012, beginning at 2:27 PM PST, I emailed the Complaint, Summons, Order Granting Alternate Service and exhibits attached to the Complaint to the following email addresses, as per the Court's Order (ECF 9):

| | |
|---|---|
| webmaster@sunporno.com | 2:27 PM PST |
| clipinspector@gmail.com | 2:27 PM PST |
| tgpalliance@gmail.com | 2:33 PM PST |
| webmaster@nightangel.com | 2:34 PM PST |

2
Declaration of Service

1  As of 3:55 PM PST, I have not received any notice that these items were undeliverable nor any other form of "bounce-back" email notification.

I hereby declare that the foregoing is true and correct under the penalty of perjury and the laws of the state of Nevada.

Executed this 11th day of June, 2012 in Las Vegas, Nevada.

*/s/ Erika Dillon*
Erika Dillon

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on June 11, 2012. A copy of these documents has been mailed to Constance M. Alt, Jennifer E. Riden, Evan Marc Fray-Witzer, and Valentin David Gurvits via the addresses on file in Northern District of Iowa Case Number 11-cv-3041. A copy of these documents has also been emailed to webmaster@sunporno.com, clipinspector@gmail.com, tgpalliance@gmail.com, and webmaster@nightangel.com. This service is in compliance with the Order at ECF 9.

Dated: June 11, 2012

Respectfully Submitted,

*s/Marc J. Randazza*

Marc J. Randazza, Esq., (12265)
mjr@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax