Marc J. Randazza, Esq., NV Bar #12265
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax
mjr@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 12-cv-00923-LRH-GWF |
| Plaintiff, | |
| vs. | **NOTICE RE LIFTING SEAL** |
| SERGEJ LETYAGIN, d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50 | |
| Defendants | |

On June 6, 2012, the Court granted an Order sealing portions of the file until service was effected. (ECF 8)  On May 31, 2012, the Plaintiffs filed a motion for alternate service. (ECF 3)  On June 11, 2012, the Court granted alternate service. (ECF 9)

Plaintiff Liberty Media Holdings, LLC hereby notifies the Court that the Complaint, Summons, Order Granting Alternate Service, and exhibits attached to the Complaint, were served upon the Defendants Sergej Letyagin and Ideal Consult, Ltd. as proscribed by the Court. (ECF 9)  A Declaration of Service is being filed contemporaneously.  (ECF 10)

1

1  Accordingly, the event triggering the unsealing of the file has occurred, and the entire file
2  should be unsealed consistent with the Court's Order at ECF 8.

Dated: June 11, 2012

Respectfully Submitted,

*s/Marc J. Randazza*

Marc J. Randazza, Esq., (12265)
mjr@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on June 11, 2012.  A copy of these documents has been mailed to Constance M. Alt, Jennifer E. Riden, Evan Marc Fray-Witzer, and Valentin David Gurvits via the addresses on file in Northern District of Iowa Case Number 11-cv-3041.  A copy of these documents has also been emailed to webmaster@sunporno.com, clipinspector@gmail.com, tgpalliance@gmail.com, and webmaster@nightangel.com.  This service is in compliance with the Order at ECF 9.

Dated: June 11, 2012

Respectfully Submitted,

*s/Marc J. Randazza*

Marc J. Randazza, Esq., (12265)
mjr@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax