Marc J. Randazza, Esq., NV Bar #12265
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax
mjr@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 12-cv-00923-LRH-GWF |
| Plaintiff, | |
| vs. | **CERTIFICATE AS TO INTERESTED PARTIES** |
| SERGEJ LETYAGIN d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50 | |
| Defendants | |

The undersigned, counsel of record for Plaintiff Liberty Media Holdings, LLC, certifies that there are no known interested parties other than those participating in the case. These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated: June 13, 2012

Respectfully Submitted,

*s/Marc J. Randazza*

Marc J. Randazza, Esq., (12265)
mjr@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113; (305) 437-7662 fax

1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on June 13, 2012.  A copy of these documents has been mailed to Constance M. Alt, Jennifer E. Riden, Evan Marc Fray-Witzer, and Valentin David Gurvits via the addresses on file in Northern District of Iowa Case Number 11-cv-3041.  A copy of these documents has also been emailed to webmaster@sunporno.com, clipinspector@gmail.com, tgpalliance@gmail.com, and webmaster@nightangel.com.  This service is in compliance with the Order at ECF 9.

Dated: June 13, 2012

Respectfully Submitted,

*s/Marc J. Randazza*

Marc J. Randazza, Esq., (12265)
mjr@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax