Marc J. Randazza, Esq., NV Bar #12265
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax
mjr@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LIBERTY MEDIA HOLDINGS, LLC )   Case No. 12-cv-00923-LRH-GWF
)
Plaintiff, )
)
vs. )   **MOTION FOR LEAVE TO CONDUCT**
)   **IMMEDIATE DISCOVERY**
SERGEJ LETYAGIN d/b/a )
SUNPORNO.COM, IDEAL CONSULT, )
LTD., "ADVERT", "CASTA", )
"TRIKSTER", "WORKER", "LIKIS", )
"TESTER" and DOES 1-50 )
)
Defendants )
)

Plaintiff Liberty Media Holdings respectfully requests that the Court issue an Order granting leave to take immediate discovery.  On June 6, 2012, the Court corrected the docket to list Ideal Consult, Ltd., "advert," "Casta," "Trikster," "worker," "likis," and "tester" as aliases of Defendant Letyagin.  Plaintiff does believe that Ideal Consult, Ltd. is an alter ego of Defendant Letyagin.  Plaintiff also believes that it is very possible that the users posting Liberty's materials on the SunPorno.com website[1] may have also been Defendant Letyagin.  However, at this point in time, it cannot be determined if these are actually aliases of Letyagin or merely other individuals acting in concert with Letyagin and his website.  Plaintiff seeks leave to conduct

---

[1] The user names "advert," "Casta," "Trikster," "worker," "likis," and "tester" posted Liberty's works on the SunPorno.com website.

immediate discovery in order to attempt to determine the true identities of the SunPorno.com posters "advert," "Casta," "Trikster," "worker," "likis," and "tester."

Plaintiff could not obtain stipulation for this motion because Plaintiff cannot identify these Defendants, other than with their user names on the SunPorno.com website, until the requested discovery takes place.  The relevant defendants have not entered an appearance, thus their concurrence could not be sought.  Plaintiff seeks this order so that it may obtain information leading to the identities of these Defendants from Letyagin and the SunPorno.com website.  This Motion is based upon the attached Memorandum of Points and Authorities.

Dated: June 18, 2012

Respectfully Submitted,
*s/Marc J. Randazza*

Marc J. Randazza, Esq., (12265)
mjr@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on June 18, 2012.  A copy of these documents has been mailed to Constance M. Alt, Jennifer E. Riden, Evan Marc Fray-Witzer, and Valentin David Gurvits via the addresses on file in Northern District of Iowa Case Number 11-cv-3041.  A copy of these documents has also been emailed to webmaster@sunporno.com, clipinspector@gmail.com, tgpalliance@gmail.com, and webmaster@nightangel.com.  This service is in compliance with the Order at ECF 9.  As no other Defendants have been identified, they cannot be served.

Dated: June 18, 2012

Respectfully Submitted,
*s/Marc J. Randazza*

Marc J. Randazza, Esq., (12265)
mjr@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax