# EXHIBIT 1

Marc J. Randazza, Esq., NV Bar #12265
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax
mjr@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC <br><br> Plaintiff, <br><br> vs. <br><br> SERGEJ LETYAGIN d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50 <br><br> Defendants | Case No. 12-cv-00923-LRH-GWF <br><br> **REQUESTS FOR PRODUCTION TO DEFENDANT LETYAGIN D/B/A SUNPORNO.COM, NOS. 1-18** |

Pursuant to Fed. R. Civ. P 26 and 34, and pursuant to this Court's Order of _____ \_\_\_\_, 2012 (ECF \_\_\_), Plaintiff requests that Defendant provide the requested documents and things for copying or inspection within 30 days of service of these requests:

**Instructions and Definitions**

The following instructions and definitions apply to each request:

1. "Document" means documents or electronically stored information as defined by Rule 34, Federal Rules of Civil Procedure.

2. Any reference to "SunPorno," "Defendant," "You," or "Your" means Defendant Sergej Letyagin d/b/a SunPorno.com, any company Defendant owns an interest in, and the

officers, attorneys, agents representatives, employees, assigns, or other person acting on behalf of Defendant.

3. "Person" means any natural person or any other legal entity. Any reference to any natural person or other legal entity. Any reference to any person, entity, or corporation includes that person's parent corporation, subsidiaries, affiliates, predecessors, directors, officers, employees, agents, attorneys, assigns, alter egos, and any other person or entity acting on behalf of said person.

4. "Related to" or "relating to" or "reference" shall mean directly or indirectly mentioning or describing, pertaining to, being connected with, or reflecting upon a stated subject matter.

5. The singular form of a word should be interpreted as plural and the plural as singular as necessary to bring within the scope of any request which otherwise would not be construed to be within the scope of the request.

6. Defendant shall reasonably and naturally interpret all requests for production recognizing that Defendant may not have specific knowledge of the documents and things sought. When in doubt about the meaning of a request, the request should be given a reasonable interpretation (which may be specified in the response) and the corresponding response should be done or drafted in a manner that is designed to provide, rather than deny, information. Defendant is also reminded that evasive or incomplete disclosures, answers, or responses may be sanctionable under the provisions of Rule 37, Federal Rules of Civil Procedure.

7. Upon receiving a document request, Defendant should take reasonable steps to ensure that it (i) understands what documents are requested, (ii) has adopted a reasonable plan to obtain documents in a timely and reasonable manner, and (iii) is purposefully implementing that plan in good faith.

8. If the scope of the document production is narrowed by one or more objections, this fact and the nature of the documents withheld shall be asserted explicitly. In making an objection, Defendant is reminded that discovery objections must be based on a good-faith belief

in the merits of the objection and that the objection must not be made solely for the purpose of withholding or delaying the disclosure of relevant information.

9.     If Defendant objects to a request as overbroad when a narrower version of the request would not be objectionable, the documents responsive to the narrower version shall be produced without waiting for a resolution of the dispute over the scope of the request. Further, if production is limited by an objection, Defendant shall clearly describe the limitation in its response.

**Requests for Production**

**RFP No. 1:**

Provide any and all information sufficient to identify SunPorno.com user advert, including but not limited to Defendant's true name, addresses, e-mail addresses, I.P. addresses, and the dates and times of logins to SunPorno.com, and copies of any emails to or from advert in your possession.

**Answer:**

**RFP No. 2:**

Provide documentation sufficient to determine the number of counts of copyright infringement committed by advert, including a log or other record of all of videos uploaded by advert.

**Answer:**

**RFP No. 3:**

Provide copies of all DMCA notices, other takedown requests, or other notices of copyright infringement sent to you pertaining to videos uploaded by advert.

**Answer:**

**RFP No. 4**

Provide any and all information sufficient to identify SunPorno.com user Casta, including but not limited to Defendant's true name, addresses, e-mail addresses, I.P. addresses, and the dates and times of logins to SunPorno.com, and copies of any emails to or from Casta in your possession.

**Answer:**

**RFP No. 5:**

Provide documentation sufficient to determine the number of counts of copyright infringement committed by Casta, including a log or other record of all of videos uploaded by Casta.

**Answer:**

**RFP No. 6:**

Provide copies of all DMCA notices, other takedown requests, or other notices of copyright infringement sent to you pertaining to videos uploaded by Casta.

**Answer**

**RFP No. 7**

Provide any and all information sufficient to identify SunPorno.com user Trikster, including but not limited to Defendant's true name, addresses, e-mail addresses, I.P. addresses, and the dates and times of logins to SunPorno.com, and copies of any emails to or from Trikster in your possession.

**Answer:**

**RFP No. 8:**

Provide documentation sufficient to determine the number of counts of copyright infringement committed by Trikster, including a log or other record of all of videos uploaded by Trikster.

**Answer:**

**RFP No. 9**

Provide copies of all DMCA notices, other takedown requests, or other notices of copyright infringement sent to you pertaining to videos uploaded by Trikster.

**Answer**

**RFP No. 10:**

Provide any and all information sufficient to identify SunPorno.com user worker, including but not limited to Defendant's true name, addresses, e-mail addresses, I.P. addresses, and the dates and times of logins to SunPorno.com, and copies of any emails to or from worker in your possession.

**Answer:**

**RFP No. 11:**

Provide documentation sufficient to determine the number of counts of copyright infringement committed by worker, including a log or other record of all of videos uploaded by worker.

**Answer:**

**RFP No. 12:**

Provide copies of all DMCA notices, other takedown requests, or other notices of copyright infringement sent to you pertaining to videos uploaded by worker.

**Answer:**


**RFP No. 13:**

Provide any and all information sufficient to identify SunPorno.com user likis, including but not limited to Defendant's true name, addresses, e-mail addresses, I.P. addresses, and the dates and times of logins to SunPorno.com, and copies of any emails to or from likis in your possession.

**Answer:**


**RFP No. 14:**

Provide documentation sufficient to determine the number of counts of copyright infringement committed by likis, including a log or other record of all of videos uploaded by likis.

**Answer:**


**RFP No. 15:**

Provide copies of all DMCA notices, other takedown requests, or other notices of copyright infringement sent to you pertaining to videos uploaded by likis.

**Answer:**

**RFP No. 16:**

Provide any and all information sufficient to identify SunPorno.com user tester, including but not limited to Defendant's true name, addresses, e-mail addresses, I.P. addresses, and the dates and times of logins to SunPorno.com, and copies of any emails to or from tester in your possession.

**Answer:**

**RFP No. 17:**

Provide documentation sufficient to determine the number of counts of copyright infringement committed by tester, including a log or other record of all of videos uploaded by tester.

**Answer:**

**RFP No. 18:**

Provide copies of all DMCA notices, other takedown requests, or other notices of copyright infringement sent to you pertaining to videos uploaded by tester.

**Answer:**

Dated: June 18, 2012

Respectfully Submitted,
*s/Marc J. Randazza*

Marc J. Randazza, Esq., (12265)
mjr@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax