**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LIBERTY MEDIA HOLDINGS LLC,

    Plaintiff(s),

vs.

SERGEJ LETYAGIN,

    Defendant(s).

Case #2:12-cv-00923-LRH-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____Evan Fray-Witzer_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Ciampa Fray-Witzer, LLP_____
(firm name)

with offices at _____20 Park Plaza, Suite 804_____,
(street address)

_____Boston_____, _____Massachusetts_____, _____02116_____,
(city) (state) (zip code)

_____617-426-0000_____, _____Evan@CFWLegal.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Defendant, Sergej Letyagin_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since December 15, 1993, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Massachusetts where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New Hampshire | 1994 | 10233 |
| First Circuit Court of Appeals | 1994 | 45827 |
| United States Supreme Court | 2011 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations:

> Boston Bar Association
> American Bar Association
> New Hampshire Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF   Massachusetts   )
COUNTY OF   Suffolk   )

_____Evan Fray-Witzer_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

29th day of June, 2012.

_____Thomas Campa_____
Notary Public or Clerk of Court

My Commission Expires: Nov. 18, 2016

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___James D. Boyle, Esq.___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Cotton, Driggs, Walch, Holley, Woloson & Thompson, 400 South Fourth Street, Third Floor___,
(street address)

___Las Vegas___, ___Nevada___, ___89101___,
(city)   (state)   (zip code)

___702-791-0308___, ___jboyle@nevadafirm.com___.
(area code + telephone number)   (Email address)

4

Rev. 12/11

1 | By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2 | agreement and authorization for the designated resident admitted counsel to sign stipulations
3 | binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____James D. Boyle_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_Sergey Letyagin_ /s/ Letyagin
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/_____
Designated Resident Nevada Counsel's signature
08384                          jboyle@nevadafirm.com
Bar number                     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifteenth** day of **December** A.D. **1993**, said Court being the highest Court of Record in said Commonwealth:

## Evan Fray-Witzer

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventeenth** day of April in the year of our Lord **two thousand and twelve**.



*MAURA S. DOYLE, Clerk*

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# New Hampshire
## BAR ASSOCIATION
*Equal Justice Under Law*

2 Pillsbury Street, Suite 300 ❋ Concord, New Hampshire 03301-3502
T 603-224-6942 ❋ F 603-224-2910 ❋ *www.nhbar.org*

**Board of Governors**

**Officers**
JENNIFER L. PARENT
*President*

LAWRENCE A. VOGELMAN
*President-Elect*

JAYE L. RANCOURT
*Vice-President*

PETER E. HUTCHINS
*Secretary*

ROBERT R. HOWARD, III
*Treasurer*

MARILYN BILLINGS McNAMARA
*Immediate Past-President*

**Governors-at-Large**
JONATHAN M. ECK
*Manchester*
SUSAN H. HASSAN
*Concord*
LISA A. WELLMAN-ALLY
*Newport*
ERIC D. COOK
*Portsmouth*
QUENTIN J. BLAINE
*Plymouth*

**Public Sector Governor**
JACKI A. SMITH
*Concord*

**County Governors**
JUDITH L. HOMAN
*Belknap County*
CHRISTOPHER T. MEIER
*Carroll County*
KELLY E. DOWD
*Cheshire County*
JOHN G. MCCORMICK
*Coos County*
JASON R. CRANCE
*Grafton County*
VICTOR W. DAHAR, JR.
*Hillsborough County - North*
ROBERT M. SHEPARD
*Hillsborough County - South*
DEREK D. LICK
*Merrimack County*
PHILIP L. PETTIS
*Rockingham County*
CHRISTOPHER T. REGAN
*Strafford County*
TANNER Z. NOLIN
*Sullivan County*

**Association ABA Delegate**
RUSSELL F. HILLIARD
*Portsmouth*

**Executive Staff**
Jeannine L. McCoy
*Executive Director*
Denice M. DeStefano
*Assistant Executive Director*
Virginia A. Martin
*Associate Executive Director for Legal Services*
Daniel R. Wise
*Director of Communications/Bar News Editor*
Paula D Lewis
*Director of Finance*
Joanne M. Hinnendael
*Director of Continuing Legal Education*

June 25, 2012

TO WHOM IT MAY CONCERN:

This is to certify that:

> Attorney Evan M. Fray-Witzer
> Boston, MA
> CURRENT STATUS: Active
> DATE OF NH ADMISSION: 5/31/1994

is a member in good standing of the New Hampshire Bar Association.

Denice M. DeStefano
Assistant Executive Director

STATE OF NEW HAMPSHIRE

The foregoing instrument was acknowledged before me this 25th day of June 2012 by Denice DeStefano.

KATHLEEN P. ST. LOUIS, Notary Public
My Commission Expires April 1, 2014

*... Supporting Members of the Legal Profession and Their Service to the Public and Justice System*