**Exhibit 2**

**Exhibit 2**

**RANDAZZA** | LEGAL GROUP

Correspondence from:
**Marc J. Randazza, Esq.**
mjr@randazza.com

**Reply to Las Vegas Office
via Email or Fax**

December 9, 2011

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Arizona
Florida

JESSICA S. CHRISTENSEN
Licensed to practice in
California

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

ALEX COSTOPOLOUS
Licensed to practice in
Florida

www.randazza.com

**Las Vegas**
6525 W. Warm Springs Rd
Suite 100
Las Vegas, NV 89118
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite Number 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Toronto**
3230 Yonge Street,
Suite Number 200
Toronto, ON M4N 3P6
Tel: 888.667.1113
Fax: 416.342.1761

<u>Via UPS</u>
Sergej Letyagin
███████████████████████
███████████ Czech Republic

*Re: Southern District of Florida Civil Action No. 11-cv-62107-KMW
Waiver of Service for Sergej Letyagin and Ideal Consult, Ltd.*

Dear Mr. Letyagin:

Enclosed please find the following documents relating to the above-referenced matter:

- AO 398, Notice of Lawsuit and Request to Waive Service of Summons;
- AO 399, Waiver of the Service of Summons;
- AO 85, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction
- An envelope with postage for return of the executed forms to counsel for the Plaintiffs; and
- The amended complaint and exhibits filed with the Court in this matter.

As discussed on the AO 398, this is not an official service of the documents filed with the court. This is merely a request that you accept service in this manner to avoid the expenses of official service. Should you refuse service in this manner, Plaintiff will ask the court to require the Defendant to pay the expenses associated with service. Please be sure to read the section entitled "Duty to Avoid Unnecessary Expenses of Serving a Summons" at the bottom of the AO 399 form.

Should you choose to waive service, this document must be returned to Plaintiff by February 3, 2011. This date provides for the 60 days as listed in the AO 398 with an additional three (3) days to allow for mailing.

Ltr. Re *Southern District of Florida Civil Action No. 11-cv-62107-KMW*
December 9, 2011
Page 2 of 2

Best regards,

Marc. J. Randazza

Enclosed: Self-addressed stamped envelope; complaint and exhibits filed with court; AO 398; AO 399; AO 85.