**Exhibit 4**

**Exhibit 4**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62107–CV–WILLIAMS

LIBERTY MEDIA HOLDINGS, LLC,

    Plaintiff,

vs.

SERGEJ LETYAGIN, d/b/a
SUNPORNO.COM, et al.,

    Defendants.
_____/

## ORDER

Because Plaintiff filed an amended complaint on November 17, 2011, it is reminded that it must effect service and file proof of service by no later than March 12, 2012. All claims against any defendant that has not been served with notice of this action by that date will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). To the extent that service is required on a defendant located abroad, such service shall be effected on or before that date pursuant to Rule 4(f).

**DONE AND ORDERED** in chambers in Miami, Florida, this 30th day of January, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE