## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on July 11, 2012. As no other Defendants have been identified, they cannot be served.

Dated: July 11, 2012

Erika Dillon
Liberty Media Holdings, LLC
4262 Blue Diamond Road, Suite 102-377
Las Vegas, NV 89139