Marc J. Randazza, Esq., NV Bar #12265
Ronald D. Green, Esq., NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax
mjr@randazza.com; rdg@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 12-cv-00923-LRH-GWF |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| SERGEJ LETYAGIN d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50 | |
| Defendants | |

        Please take notice that Ronald D. Green, Esq., of the Randazza Legal Group, does hereby

appear on behalf of Plaintiff Liberty Media Holdings, LLC

        Dated this 12th day of July, 2012

                                        Respectfully Submitted,


                                         s/Ronald D. Green

                                        Ronald D. Green (7360)
                                        rdg@randazza.com
                                        Randazza Legal Group
                                        6525 W. Warm Springs Rd., Suite 100
                                        Las Vegas, NV 89118
                                        (888) 667-1113
                                        (305) 437-7662 fax

**CERTIFICATE OF SERVICE**

1

2

3       I hereby certify that the foregoing document (Notice of Appearance for Ronald D. Green)

4   was filed using this Court's CM/ECF system on July 12, 2012.  As no other Defendants have been

5   identified, they cannot be served.

6

7
    Dated: July 12, 2012                          *s/Ronald D. Green*
8
                                                   Ronald D. Green (7360)
9                                                  rdg@randazza.com
                                                   Randazza Legal Group
10                                                 6525 W. Warm Springs Rd., Suite 100
                                                   Las Vegas, NV 89118
11                                                 (888) 667-1113
                                                   (305) 437-7662 fax
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28