JAMES D. BOYLE, ESQ.
Nevada Bar No. 008384
E-mail: jboyle@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:     702/791-1912

EVAN FRAY-WITZER, ESQ.
Massachusetts Bar No. 564349
E-mail: Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 804
Boston, Massachusetts  02116
Telephone:    617/426-0000

*Admitted Pro Hac Vice*

VALENTIN DAVID GURVITS, ESQ.
Massachusetts Bar No. 643572
Email: vgurvits@BostonLawGroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton, Massachusetts  02459
Telephone:    617/928-1804

*Admitted Pro Hac Vice*

*Attorneys for Defendants Sergej Letyagin and Ideal Consult, LTD.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>SERGEJ LETYAGIN, d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50,<br><br>        Defendants. | CASE NO.:    2:12-cv-00923-LRH-(GWF)<br><br>**DEFENDANT IDEAL CONSULT, LTD.'S CERTIFICATE OF INTERESTED PARTIES** |

Defendant Ideal Consult, Ltd. hereby provides its Certificate of Interested Parties pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.1-1, and through its undersigned counsel hereby states as follows:

1. There is no parent corporation or publicly held corporation owning 10% or more of Ideal Consult, Ltd.'s stock;

2. There are no other persons, associations of persons, firms, partnerships or corporations which have a direct, pecuniary interest in the outcome of the case.

These representations are made to enable judges of the court to evaluate possible recusal.

Defendant Ideal Consult, Ltd. hereby reserves the right to amend and supplement this Certification of Interested Parties in accordance with L.R. 7.1-1(c).

DATED this 13th day of July, 2012.

        COTTON, DRIGGS, WALCH,
        HOLLEY, WOLOSON & THOMPSON

        on behalf of
        JAMES D. BOYLE, ESQ.  NY Bar No. 7533
        Nevada Bar No. 008384
        COTTON, DRIGGS, WALCH,
        HOLLEY, WOLOSON & THOMPSON
        400 South Fourth Street, Third Floor
        Las Vegas, Nevada 89101

        EVAN FRAY-WITZER, ESQ.
        *(admitted pro hac vice)*
        Massachusetts Bar No. 564349
        CIAMPA FRAY-WITZER, LLP
        20 Park Plaza, Suite 804
        Boston, Massachusetts 02116

        VALENTIN DAVID GURVITS, ESQ.
        *(admitted pro hac vice)*
        Massachusetts Bar No. 643572
        BOSTON LAW GROUP, PC
        825 Beacon Street, Suite 20
        Newton, Massachusetts 02459

        *Attorneys for Defendants Sergej Letyagin and Ideal Consult, LTD.*

09627-01/913176.doc

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 13th day of July, 2012, I caused the document entitled **DEFENDANT IDEAL CONSULT, LTD.'S CERTIFICATE OF INTERESTED PARTIES**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Marc J. Randazza, Esq.<br>Ronald D. Green, Esq.<br>Randazza Legal Group<br>6525 West Warm Springs Rd., Suite 100<br>Las Vegas, Nevada 89118<br>E-mail: mjr@randazza.com | Plaintiff, Liberty Media Holdings, LLC | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

DATED this 13th day of July, 2012.

_/s/ signature_
An Employee of Cotton, Driggs, Walch, Holley, Woloson & Thompson

- 3 -

09627-01/913176.doc