# EXHIBIT 6

**Open a FREE Account** | Log in | Help

# DomainTools

sunporno.com  [Whois Search ▾]  [Search]

- More Domains
- Reverse Whois
- History Details
- Get Notified
- Trademark Monitor
- Screenshot History

Whois > SunPorno.com

## SunPorno.com Whois Record

Tweet    Like

| Lesbian Cams | Ebony Cams | Teen Cams | House Wife Cams |
| Big Tits Cams | Latina Cams | Asian Cams | Couple Cams |
| Pregnant Cams | BBW Cams | Anal Cams | Group Sex Cams |
| Amateur Cams | Pornstar Cams | Shemale Cams | Gay Cams |

- House Wife Cams
- Lesbian Cams
- Ebony Cams
- Teen Cams
- Big Tits Cams
- Couple Cams
- Pregnant Cams
- Latina Cams
- Asian Cams
- BBW Cams
- Mature Cams
- Anal Cams
- Group Sex Cams
- Amateur Cams
- Pornstar Cams
- Huge Tits Cams
- Big Ass Cams
- Milf Cams
- Lingerie Cams
- Shemale Cams
- Gay Cams

Whois Record | Site Profile | Registration | **Server Stats** | My Whois

- Server Type: nginx/0.8.36
- IP Address: **213.174.154.204**   Reverse-IP  |  Ping  |  DNS Lookup  |  Traceroute
- ASN: **AS39572**
- IP Location: 🇺🇸 - United States - Haldex Ltd
- Response Code: 200
- Domain Status: **Registered And Active Website**





**Country TLDs**   General TLDs

Available domains for registration:

☐ SunPorno.cn      Register
☐ SunPorno.dk      Register
☐ SunPorno.jp      Register
☐ SunPorno.mx      Register
☐ SunPorno.tw      Register

**Register All Selected >**



Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

