# EXHIBIT 8



Our friends:  Twilight Sex Tube   Shemale Tube   Pornoxo

ENTERTAIN YOURSELF *Tube*
SUN P RNO

Login   Sign Up

HOME | CATEGORIES | PHOTOS | COMMUNITY | FORUM | LIVE CAMS | ADULT DATING | SunPorno iPhone Porn

# FREE MEMBERSHIP

## Free Accounts are $0.00 - No Charge

### Just verify your age below to activate your Free Access Account
Please provide a valid credit card for age verification

Credit Card Number: _____   [VISA] [MasterCard]

Expiration Date: 07 / 2012

CVV2#: _____  ❓ What's This?

Country: USA

☑ By checking this box you agree to the Terms and Conditions, certify that you are 18 years of age or older and understand the complete "Terms of billing.

**Submit for Free Access**

100% PRIVATE AND SECURE TRANSACTION       100% CUSTOMER SATISFACTION GUARANTEED

(**) Your Free Lifetime access to FreeHDAccess includes a free 2 day trial promo to Premier Passport, our sister site. TO AVOID BEING CHARGED, SIMPLY CANCEL YOUR PREMIER PASSPORT MEMBERSHIP BEFORE THE TRIAL PERIOD ENDS. Your Premier Passport membership will renew at $39.95/month, or the then applicable rate, unless cancelled. Your lifetime access to FreeHDAccess remains active even if you cancel your Premier Passport membership.

Any charges made to your card will appear under "CSNETBASE.COM"

☑ **Bonus Offer:**

* Your Platinum Membership Details:

- XXXHDVault.com - 4 Days Free Trial, membership renews at $49.95/monthly unless cancelled if you don't qualify for this offer we will substitute it with; UncommonPorn.com - Free 2 Day Trial, recurring at $39.62 monthly, until cancelled.

- EroticDivasOnline.com - 10 Days Free Trial, renews at $29.95/monthly, unless cancelled if you don't qualify for this offer we will substitute it with; UncommonPorn.com - Free 2 Day Trial, recurring at $39.62 monthly, until cancelled.



[VISA]  [MasterCard]

Your Ip Address: 24.120.59.170 (Logged for fraud prevention)

Privacy Policy