# EXHIBIT 10

