# EXHIBIT 12

7/17/12    Case 2:12-cv-00923-LRH-GWF   Document 28-14    Filed 07/19/12    Page 2 of 3



| Sites: | Main Niche | | gals/day | Submit |
|---|---|---|---|---|
| Nice Ass | Ass | Yes/No | 5 | Submit Here |
| First Group Sex | All | Yes/Yes | 5 | Submit Here |
| Femdom Erotic | Fetish | No/Yes | 5 | Submit Here |
| High School Virgin | Teens | No/Yes | 5 | Submit Here |
| Sexy Blonde Girl | Babes/Blonds | No/Yes | 5 | Submit Here |
| Fuck Cat | All | Yes/Yes | 10 | Submit Here |
| Boobs Porno | Boob/Breasts | No/Yes | 5 | Submit Here |
| Movies Ring | All | No/Yes | 5 | Submit Here |
| Videos Ring | All | No/Yes | 5 | Submit Here |
| Public Shot | All | Yes/Yes | 10 | Submit Here |
| Clean Pic | All | Yes/Yes | 10 | Submit Here |
| Raw Co | All | No/Yes | 5 | Submit Here |
| Free Sweet *Softcore only* | Teen/Softcore | Yes/Yes | 5 | Submit Here |
| Mom Facial | All | Yes/Yes | 5 | Submit Here |
| Porn Fairies | All | Yes/Yes | 5 | Submit Here |

**Smaller Sites:**
Submitters, these sites below are smaller. Each site mainly contains only bookmarks and Search Engine traffic.

| Sites: | Main Niche | Accepts General Gals and Movies Gals | gals/day | Submit |
|---|---|---|---|---|
| Amateur Taste | Amateur | Yes/Yes | 5 | Submit Here |
| Asian Teenie | Asian | No/Yes | 5 | Submit Here |
| Girl Friend Pussy | General | Yes/Yes | 5 | Submit Here |
| Black Teenie | Ebony/Teen | No/Yes | 5 | Submit Here |
| Cum Sports | Cumshots | No/Yes | 5 | Submit Here |
| Hidden Wishes | Fetish | No/Yes | 5 | Submit Here |
| Lesbian Teenie | Lesbian/Teen | No/Yes | 5 | Submit Here |
| Pure Teen Sluts | Teens | No/Yes | 5 | Submit Here |
| Redhead Amateur | Readhead/Amateur | No/Yes | 5 | Submit Here |
| Sex Backdoor | Anal | Yes/Yes | 5 | Submit Here |
| Sluty Darlings | All | Yes/Yes | 5 | Submit Here |
| Twilight Sex Videos | All | Yes/Yes | 5 | Submit Here |
| World Whores | Pornstars | Yes/Yes | 5 | Submit Here |
| Large Tits Pitures | Breasts | No/Yes | 5 | Submit Here |
| Big Tits Pictures | Breasts | No/Yes | 5 | Submit Here |
| Barely Sluts | Softcore | Yes/Yes | 5 | Submit Here |
| Drunk Cartoons | Cartoons | No/Yes | 5 | Submit Here |
| Live Sex Porn | Live Cams | No/Yes | 5 | Submit Here |
| Fisting Post | Fisting/Fetish | No/Yes | 5 | Submit Here |
| My Indian Pussy | Indian | No/Yes | 5 | Submit Here |
| Bondage Loving | Bondage/Fetish | No/Yes | 5 | Submit Here |
| Latina Pie | Latina | No/Yes | 5 | Submit Here |
| Webcam Pornstars | Cams/Movies | No/Yes | 5 | Submit Here |
| Gay Teens | Gay/Teens | No/Yes | 5 | Submit Here |

Copyright 2005 TGPAlliance.com All Rights Reserved