# **EXHIBIT 14**

7/17/12  Annotate Your Screenshot

## Sunporno Partnership program

**Basic Rules:**

- We accept traffic from your TGP's, Blogs, Tubes etc
- Traffic is accepted only from legal sources
- Usage of codecs, spyware, adware is strictly forbidden
- We don't accept popup and popunder traffic, we don't accept any kind of blind traffic
- It's forbidden to open our clips in frames and iframes

**If you can send 50k or more daily, please hit us up to discuss rates** icq 23834802

You will get paid for unique traffic based on rates below

**List of good countries:**
United Stats, Canada, Australia, Austria, Belgium, Cyprus, Czech Republic, Denmark, Finland, France, Germany, Ireland, Italy, Luxemburg, Malta, Netherlands, Portugal, Slovakia, Slovenia, Spain, Sweden, United Kingdom, Norway, Switzerland



Login:

Password:

[Login]  forgot password

**CREATE NEW ACCOUNT**