# **EXHIBIT 16**

