# EXHIBIT 17





