# EXHIBIT 18

SUPPORT    WHOIS    CART

| Home | Find Domains | Domain Auctions | Domain Brokerage | Domain Products | News & Resources | My Account |

## Wholesale Purchase of Domain products and services

### How does it work?

Purchase a pre-paid funding plan and rest easy knowing your domain auto renewals will be completed successfully (if set to "yes") with absolutely no work.

Also, it's easier to purchase any products or services that we offer with just a few clicks!

Call for volume discounts or contact sales@moniker.com to receive a free quote.

**Please note:** if you already have special pricing established, you will see your adjusted pricing in the shopping cart, *not on this page.*

### Wholesale Plans

| | | |
|---|---|---|
| PREPAID_I | $50.00 | Add to Cart |
| PREPAID_II | $500.00 | Add to Cart |
| PREPAID_III | $1,000.00 | Add to Cart |
| PREPAID_IV | $1,500.00 | Add to Cart |
| PREPAID_V | $2,000.00 | Add to Cart |

### Wholesale Plan Descriptions
*Prices are per year*

| Product | Retail | Your Price* | PREPAID_I buy | PREPAID_II buy | PREPAID_III buy | PREPAID_IV buy | PREPAID_V buy |
|---|---|---|---|---|---|---|---|
| **Registrations** | | | | | | | |
| COM Registration | $9.59 | $9.58 | $9.50 | $9.43 | $9.40 | $9.27 | |
| NET Registration | $8.59 | $8.56 | $8.42 | $8.32 | $8.29 | $8.13 | |
| ORG Registration | $9.45 | $8.64 | $8.56 | $8.47 | $8.38 | $8.29 | |
| INFO Registration | $9.12 | $8.94 | $8.85 | $8.76 | $8.66 | $8.57 | |
| US Registration | $7.29 | $7.14 | $7.07 | $7.00 | $6.93 | $6.85 | |
| TV Registration | $26.99 | $26.45 | $26.18 | $25.91 | $25.64 | $25.37 | |
| Domain Privacy | $4.00 | $3.92 | $3.88 | $3.84 | $3.80 | $3.76 | |
| URL Forwarding | $6.00 | $5.88 | $5.82 | $5.76 | $5.70 | $5.64 | |
| EMAIL Forwarding | $6.00 | $5.88 | $5.82 | $5.76 | $5.70 | $5.64 | |
| CO.UK Registration | $6.95 | $6.81 | $6.74 | $6.67 | $6.60 | $6.53 | |
| Mobi Registration | $8.69 | $8.52 | $8.43 | $8.34 | $8.26 | $8.17 | |
| CO Registration | $29.69 | $26.45 | $26.18 | $25.91 | $25.64 | $25.37 | |
| VeriSign Secure Site with EV | $899.00 | $881.02 | $872.03 | $863.04 | $854.05 | $845.06 | |
| Geotrust True BusinessID with EV | $159.00 | $159.00 | $193.03 | $191.04 | $189.05 | $187.06 | |
| Geotrust QuickSSL Premium | $89.00 | $87.22 | $86.33 | $85.44 | $84.55 | $83.66 | |
| Geotrust Rapid SSL | $39.00 | $38.22 | $37.83 | $37.44 | $37.05 | $36.66 | |
| **Renewals** | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| MOBI Domains Renewal | $13.99 | $13.71 | $13.57 | $13.43 | $13.29 | $13.15 |
| COM Domains Renewal | $9.59 | $9.58 | $9.50 | $9.43 | $9.40 | $9.27 |
| NET Domains Renewal | $8.59 | $8.56 | $8.42 | $8.32 | $8.29 | $8.13 |
| ORG Domains Renewal | $9.45 | $8.64 | $8.56 | $8.47 | $8.38 | $8.29 |
| INFO Domains Renewal | $9.12 | $8.94 | $8.85 | $8.76 | $8.66 | $8.57 |
| US Domains Renewal | $7.29 | $7.14 | $7.07 | $7.00 | $6.93 | $6.85 |
| TV Domains Renewal | $26.99 | $26.45 | $26.18 | $25.91 | $25.64 | $25.37 |
| CO.UK Domains Renewal | $6.95 | $6.81 | $6.74 | $6.67 | $6.60 | $6.53 |
| EMAIL Domains Renewal | $6.00 | $6.00 | $5.82 | $5.76 | $5.70 | $5.64 |
| PRIVACY Domains Renewal | $4.00 | $4.00 | $3.88 | $3.84 | $3.80 | $3.76 |
| URL Domains Renewal | $6.00 | $6.00 | $5.82 | $5.76 | $5.70 | $5.64 |
| Co Domain Renewal | $29.69 | $26.45 | $26.18 | $25.91 | $25.64 | $25.37 |

*Transfers*

| | | | | | | |
|---|---|---|---|---|---|---|
| COM Domain Transfer | $9.59 | $9.58 | $9.50 | $9.43 | $9.40 | $9.27 |
| NET Domain Transfer | $8.59 | $8.56 | $8.42 | $8.32 | $8.29 | $8.13 |
| ORG Domain Transfer | $9.45 | $8.64 | $8.56 | $8.47 | $8.38 | $8.29 |
| INFO Domain Transfer | $9.12 | $8.94 | $8.85 | $8.76 | $8.66 | $8.57 |
| US Domain Transfer | $7.29 | $7.14 | $7.07 | $7.00 | $6.93 | $6.85 |
| TV Domain Transfer | $26.99 | $26.45 | $26.18 | $25.91 | $25.64 | $25.37 |
| Mobi Transfer | $13.99 | $13.71 | $13.57 | $13.43 | $13.29 | $13.15 |
| CO Domain Transfer | $29.69 | $26.45 | $26.18 | $25.91 | $25.64 | $25.37 |

#### How do I purchase wholesale?

You can add funds using any of the credit cards supported in our system. Simply select the package you would like to purchase above. You can also add funds by money wire or by check by contacting sales@moniker.com.

Paypal payments can be made to Legal@moniker.com and you must state your account number and package you are purchasing. Once funds have cleared, we will purchase this on your behalf.

**Please note:** these plans are NONREFUNDABLE.



About Us
Registrar Solutions
Registry Solutions
Affiliates

Legal
Privacy Policy
Site Map

Contact Support

Like us on Facebook
Follow us on Twitter

All site contents (c) 2005-2012, Moniker Online Services, LLC. All rights reserved.