# EXHIBIT 19

Greetings, guest! | Registration | Log in

domain name(s) here

.com            Whois search   Mass search

your cart is empty

Home
Prices
Transfer  For resellers   Help & Support   Terms & Conditions   Privacy policy  About us

# Price List

**All prices are listed in United States dollars ($)**

**Domain Operations Prices**

| TLD | Registration | Transfer | Renewal | Restore expired | Restore deleted |
|---|---|---|---|---|---|
| COM | $8.25/year | $8.25 | $8.25/year | $8.25 | $100.00 |
| NET | $6.95/year | $6.95 | $6.95/year | $6.95 | $100.00 |
| ORG | $7.75/year | $7.65 | $7.75/year | $7.75 | $100.00 |
| BIZ | $7.75/year | $7.65 | $7.75/year | $7.75 | $100.00 |
| INFO | $7.45/year | $7.15 | $7.45/year | $7.45 | $100.00 |
| ME | $14.45/year | $14.25 | $14.45/year | $14.45 | $100.00 |
| NAME | $7.95/year | $7.50 | $7.95/year | $7.95 | $100.00 |
| CC | $22.95/year | $22.95 | $22.95/year | $22.95 | $100.00 |
| TV | $25.45/year | $25.45 | $25.45/year | $25.45 | $100.00 |

© 2012 evonames.com