# EXHIBIT D









Girl enjoys a hard cock     Hard test for schoolgirls     Schoolgirls playing dykes     Girl enjoys a hard cock     Hot School Girl Fucked
07:42          94 %         07:31          95 %         06:08          78 %         05:22          76 %         11:09          88 %





Disclaimer: All models on this website are 18 years or older. Sun Porno has a zero-tolerance policy against illegal pornography.





Parents - Protect your children from adult content with these services:
Cyber Patrol | Net Nanny | Cyber Sitter

**General info**
FAQ
Terms
DMCA
18 U.S.C. 2257
Record-Keeping
Requirements
Compliance
Statement

**Community**
Home
Categories
Photos
Community
Upload a movie

Privacy Policy
Contact us

**Webmasters**
Content partners
Embeds export
Advertise
Make $$$