# EXHIBIT G








Tatoos  Threesome  Twinks  Vintage





Disclaimer: All models on this website are 18 years or older. Sun Porno has a zero-tolerance policy against illegal pornography.

 

Parents - Protect your children from adult content with these services:
Cyber Patrol | Net Nanny | Cyber Sitter

**General info**
FAQ
Terms
DMCA
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement
Privacy Policy
Contact us

**Community**
Home
Categories
Photos
Community
Upload a movie

**My profile**
Edit profile
Messages(0)
Favorites
Logout

**Webmasters**
Content partners
Embeds export
Advertise
Make $$$