# EXHIBIT H


