# EXHIBIT J

Our friends:   Twilight Sex Tube     Shemale Tube     Pornoxo     Gay Tube     Ah Me Free Sex

ENTERTAIN YOURSELF   *Community*
**SUN P⏻RNO**

(Logout)
**Your profile**
**0 new messages**

| HOME | CATEGORIES | PHOTOS | PORNSTARS | COMMUNITY | LIVE CAMS | ADULT DATING | SEX SHOP | FAQ | SunPorno iPhone Porn |

| HOME | ALBUMS | MEMBERS |

Movies ⇕   Search         *upload*

## Community albums

| All albums | Public albums | Private albums | SEE ALL |

Recent   Most popular   Top rated



69ers
Photos: 8
4 months ago          0 views

interracial 69
Photos: 15
4 months ago          0 views

hentai
Photos: 1
4 months ago          0 views

Naked
Photos: 1
4 months ago          0 views

Naked
Photos: 1
4 months ago          0 views



Nude
Photos: 1
4 months ago          0 views

Nude
Photos: 1
4 months ago          0 views

pornelli girls the top site for the best
Video...
Photos: 20
4 months ago          0 views

pornelli first anal girls
Photos: 20
4 months ago          0 views

Angel car
Photos: 1
4 months ago          0 views

## Sunporno Members

| All members | Guys only | Girls only | SEE ALL |

Recent   Most popular   Videos added   Online



**fifou21** ●
Profile views: 1
Videos: 0

**STONEDRIVER** ●
Profile views: 0
Videos: 0

**URMI** ●
Profile views: 0
Videos: 0

**Kellykelly** ●
Profile views: 2
Videos: 0

**piou11** ●
Profile views: 2
Videos: 0

**sailerman198** ●
Profile views: 4
Videos: 0

**446504916** ●
Profile views: 1
Videos: 0

**uncletom05** ●
Profile views: 3
Videos: 0

**4yip** ●
Profile views: 0
Videos: 0

**phoenix333** ●
Profile views: 7
Videos: 0

**micah** ●
Profile views: 3
Videos: 0

**Jbmass** ●
Profile views: 2
Videos: 0

| General info | Community | My profile | Webmasters |
|---|---|---|---|
| FAQ | Home | Edit profile | Content partners |
| Terms | Categories | Messages (0) | Embeds export |
| DMCA | Photos | Favorites | Advertise |
| 18 U.S.C. 2257 | Community | Logout | Make $$$ |