# EXHIBIT L




Home | Best Sellers | Sex Toys for Men | Sex Toys for Women | Toys for Couples | Help | Track Order | My Account | Cart

See All Products

Search by Keyword or Item # | All Categories

100% PRIVACY GUARANTEED

- Vibrators
- Dildos
- Men's Sex Toys
- Lubes & Lotions
- Anal Toys
- Bondage & Fetish
- Sexy Wear
- Extras
- Video and DVD
- New Products
- Clearance
- Gift Shop

**TOP SELLING CATEGORIES**
- Pussy Suckers
- Powerful Vibrators
- Lifelike Vibrators
- Realistic Dildos & Dongs
- Butt Plugs
- Magic Wands
- Classic Vibrators
- Blowjob Simulators
- Rabbit Vibrators
- Masturbation Toys
- Unnatural Dildos & Dongs
- Cock Rings
- Penis Enlargers
- G-Spot Dildos
- Giant Dildos
- Bullets and Eggs

**STAFF PICKS**
- Brutal Dildos
- Electrostimulation
- Porn Star Masturbators
- Giant Butt Plugs
- Mood by Doc Johnson
- Studio Collection by Screaming O
- Icon Brands
- Fetish Fantasy Diva

**FEATURED TOP SELLERS**
- Gifts For Him
- Gifts For Her
- Gifts For Couples
- The Ultimate Gifts
- Gifts Under $20.00
- Gifts Under $40.00
- Bridal Lingerie
- For the Bachelorette

If you like it, put a Ring on it!

LELO TOR II

100% More Power Waterproof Silicone

1 2 3 4 5

**FEATURED PRODUCTS**




**Doc Johnson Grape Rabbit Vibrator**

Look no hands! You can ride this 5 dong securely, thanks to the (more...)

**V Warming Lubricant, 60ml/2oz**

Water based lubricant heats quickly and intensely, both on contact (more...)

**Maid of honor party sash**

A sparkling addition to your Bachelorette or bridal party wardrobe (more...)

$32.99  ADD TO CART    $9.99  ADD TO CART    $8.60  ADD TO CART





**Classic Rabbit Pearl Vibrator**

Indulge yourself in the simple pleasures of a classic! This (more...)

**Pink Shogun Rabbit Pearl Vibrator for Women**

Unique design is the result of a centuries-old Japanese tradition of (more...)

**Ass Egg, Starter 3.5"**

Can you make an egg disappear? It's a wide smooth sphere of (more...)

$23.43  ADD TO CART    $20.88  ADD TO CART    $24.99  ADD TO CART





**Mood Flirty Pink**

Mood Flirty Pink Vibrator is a designer 3-piece is sure to please! (more...)

**Garden of Ego Organic Collection Set**

2012 XBIZ Award Winner - International-Based Pleasure Products (more...)

**24kt Gold Titan Glass Dildo by RubyGlass21**

The Titan offers dominance and beauty all wrapped into one toy. The (more...)



$25.30  ADD TO CART    $66.64  ADD TO CART    $39.99  ADD TO CART