# EXHIBIT 2



Sign up for Direct Measurement to
get a more complete picture of your
website's traffic.

## See **where their traffic** comes from

Discover **new partnership opportunities** to
pursue. See what sites are **sending traffic to
your competitor's** site, and which sites your
**competitor sends traffic to**. Keep track of you
partner sites to make sure you're **getting the
best deal**.





## Discover which **keywords** drive their traffic



Improve your search marketing by
understanding which **keywords are driving the
most traffic** to your competitors websites.
Compete's keyword and search metrics include
**paid versus organic search trends**, historical
search referral data, and more, enabling you to
create **optimized SEO/SEM campaigns** that
attract and engage your most important
customers.



© Copyright to Compete.com - A Kohler Media Company

Visit Compete.com : Plans and Pricing

Page 2 of 2