# EXHIBIT 4

Open a FREE Account | Log In | Help

# DomainTools

sunporno.com  [Whois Search ▼] Search

Whois > SunPorno.com

## SunPorno.com Whois Record

Tweet | Like

**More Domains**
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

| Lesbian Cams | Ebony Cams | Teen Cams | House Wife Cams |
| Big Tits Cams | Latina Cams | Asian Cams | Couple Cams |
| Pregnant Cams | BBW Cams | Anal Cams | Group Sex Cams |
| Amateur Cams | Pornstar Cams | Shemale Cams | Gay Cams |

- MILF Cams
- Teen Cams
- Big Tits Cams
- Lesbian Cams
- Ebony Cams
- Couple Cams
- Pregnant Cams
- Latina Cams
- Asian Cams
- BBW Cams
- Mature Cams
- Anal Cams
- Group Sex Cams
- Amateur Cams
- Pornstar Cams
- Huge Tits Cams
- Big Ass Cams
- House Wife Cams
- Lingerie Cams
- Shemale Cams
- Gay Cams

**Whois Record**  **Site Profile**  Registration  Server Stats  My Whois

Website Title: Porno Tube, Free Porn Videos, XXX, Pussy, Porno Movies & Pics
Title Relevancy: 80%
Meta Description: Porno tube movies featuring teen porn videos, amateur porn and private homemade movies, mature sex clips. Free full length XXX videos and wild hardcore from all over the world
Description Relevancy: 58% relevant.
Meta Keywords: tube, sex tube, tube movies, sun tube, tube videos, porn, porno, porno pictures, free porn, porno videos, porno movies, free porno, porn videos, porn galleries, porn movies
Keyword Relevancy: 46% relevant
Visitors by Country: United States 17.9%, Germany 10.2%, India 6.2%, Italy 5.2%, Japan 4%, Great Britain (UK) 3.4%
Alexa Trend/Rank: #1,002: for the last three months.
Y! Directory: 5 listings
AboutUs: Wiki article on Sunporno.com
SEO Score: 81%
Terms: 1110 (Unique: 476, Linked: 772)
Images: 91 (Alt tags missing: 42)
Links: 347 (Internal: 206, Outbound: 15)
Related Sites: sl-ladies.com, xxxvogue.net, xmovies.com, videoshome.com, twilightsex.com, teen-hot.com, sexdreambox.com, pornhostafree.com, nastyrat.com, imagefest.com
Similar Domains: sunporchbuddies.com, sunaporn.com, sunporo.com, sunporno.com, sunporno.com, sunpornos.com, sunporno.com, sunporfe.com, sunpornsunroom.com, sunporml.com, sunochp.com, sunporna.com, sunpomoporn.com

Search Engine Preview (View details)

click to view seo text browser





Country TLDs   General TLDs

Available domains for registration:
- SunPorno.cn    Register
- SunPorno.dk    Register
- SunPorno.je    Register
- SunPorno.mx    Register
- SunPorno.lv    Register

Register All Selected >



SunPorno.com - Porno... 7/16/12 11:00 AM

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Mobile Whois | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

