# EXHIBIT 5

| URL | U.S. VISITORS IN JUNE 2012 | TOTAL |
|---|---|---|
| ASHEMALETUBE.COM | 1,472,776 | |
| AH-ME.COM | 823,397 | |
| VIDEOSBANG.COM | 739,790 | |
| BOYFRIENDTV.COM | 589,453 | |
| NOBODYTUBE.COM | 195,034 | |
| HARDCOREPUB.COM | 167,318 | |
| MOMMYPICTURES.COM | 164,263 | |
| BESTTUBECLIPS.COM | 160,590 | |
| SEXEMOTIONS.COM | 157,442 | |
| FREEGIRLIES.COM | 116,661 | |
| BROMELONS.COM | 106,998 | |
| HQTUBEVIDEOS.COM | 96,497 | |
| EXTRABIGBOOBS.COM | 80,689 | |
| MOMJET.COM | 76,203 | |
| OLDIESPIX.COM | 73,763 | |
| SEXODIRECTORY.COM | 73,685 | |
| TWO-LIPS.COM | 67,089 | |
| JAGUARPORN.COM | 61,687 | |
| OLDERCHERRY.COM | 60,428 | |
| TUBECOP.COM | 58,509 | |
| YOUNGMODELZ.COM | 56,765 | |
| MOMSEX-MOVIE.COM | 49,654 | |
| HAIRYPUSSYPOST.COM | 49,515 | |
| VSTREAMCDN.COM | 49,347 | |
| HQJAPANTUBE.COM | 47,818 | |
| BOYFRIENDASS.COM | 47,144 | |
| LONELY-WOLF.COM | 45,369 | |
| BOYFRIENDSOLOS.COM | 44,869 | |
| VIDEOSHOME.COM | 44,583 | |
| AHAIRYTUBE.COM | 41,760 | |
| MATUREDESSERT.COM | 40,695 | |
| BESTTUBECLIPS.ORG | 39,304 | |
| SUNPORNO.NET | 36,587 | |
| COONYBOOBS.COM | 36,333 | |
| PORNBLUES.COM | 33,908 | |
| LATINAPIE.COM | 33,028 | |
| BROMATURES.COM | 32,730 | |
| GOTRANNYTUBE.COM | 31,473 | |
| SUPERTITLOVERS.COM | 28,023 | |
| BROHAIRY.COM | 27,432 | |
| BOYFRIENDSOLO.COM | 25,698 | |

| URL | U.S. VISITORS IN JUNE 2012 | TOTAL |
| --- | --- | --- |
| HAIRYEXCLUSIVE.COM | 25,627 | |
| AFPORN.COM | 24,845 | |
| SMUTEDITION.COM | 24,845 | |
| NYLONIDOLS.COM | 24,608 | |
| HUGOVIDS.COM | 23,162 | |
| NYLONGRANNIES.COM | 22,476 | |
| LESLICKERS.COM | 22,224 | |
| TUBERUSSIAN.COM | 22,046 | |
| ANALOUS.COM | 21,531 | |
| MYADULTCLIPS.COM | 20,888 | |
| TUBERIX.COM | 20,703 | |
| PASSIONCLIPS.COM | 20,636 | |
| GOLDJAPANTUBE.COM | 20,557 | 6,478,455 |
| YOUGAYCHAT.COM | 19,635 | |
| ASIANAMIGAS.COM | 19,602 | |
| HORNY-GRANNYSEX.COM | 18,884 | |
| THEBUSTYMOVIES.COM | 18,871 | |
| MILF-SEEKER-SEARCH.COM | 17,889 | |
| AHAIRYPORN.COM | 17,719 | |
| SECRETARYCITY.COM | 17,460 | |
| HQGRANNYTUBE.COM | 16,255 | |
| NYLONHD.COM | 16,218 | |
| BISONPORN.COM | 16,111 | |
| BESTLADYBOYTUBE.COM | 15,951 | |
| GIRLFRIENDSECRET.COM | 15,938 | |
| INTERRACIALEXPERT.COM | 15,496 | |
| GLITTERGRAPHICSNOW.COM | 15,472 | |
| GOLDASIANTUBE.COM | 15,325 | |
| BADGIRLNEXTDOOR.COM | 15,226 | |
| FTVDAILY.COM | 15,130 | |
| ANALDESTINY.COM | 14,915 | |
| SEXYTEENIE.COM | 14,441 | |
| GAYSTREAMINGTUBE.COM | 14,308 | |
| ASIANCATEGORIES.COM | 14,229 | |
| MYOLDERTUBE.COM | 14,219 | |
| GOMILFTUBE.COM | 13,945 | |
| BOOBASIAN.COM | 13,560 | |
| LUCKYANAL.COM | 13,557 | |
| BOYFRIENDCLIPS.COM | 13,464 | |
| SWEETASIANTUBE.COM | 13,391 | |
| CLIPINSPECTOR.COM | 11,429 | |

| URL | U.S. VISITORS IN JUNE 2012 | TOTAL |
|---|---|---|
| TUBEJAPANESE.COM | 11,401 | |
| HQASIANTUBE.COM | 10,699 | |
| YOUMOMTUBE.COM | 10,635 | |
| MYJAPANTUBE.COM | 10,477 | |
| HDTUBEVIDEOS.COM | 10,426 | |
| CRAZYHAIRY.COM | 10,418 | |
| BOYJERKTUBE.COM | 10,294 | |
| NYLONNOW.COM | 10,181 | |
| LUCKYBOYFRIEND.COM | 10,111 | |
| GOTRANNY.COM | 9,985 | |
| MATURENYMPH.COM | 9,946 | |
| HQJAPANVIDEOS.COM | 9,792 | |
| MOMBEAUTY.COM | 9,553 | |
| MOVIESBLAST.COM | 9,532 | |
| FUCKCAT.COM | 9,344 | |
| GOTNYLON.COM | 9,083 | |
| MYMOMSTUBE.COM | 8,947 | |
| SHEMALEARMY.COM | 8,611 | |
| TUBECAT.COM | 8,563 | |
| SKYMILFS.COM | 8,499 | |
| HQJAPANESETUBE.COM | 8,468 | |
| INTERRACIALPETS.COM | 8,145 | |
| BESTSHEMALETUBE.COM | 8,097 | |
| CHUBBYPHOTOS.COM | 8,087 | |
| GAYBEARSTV.COM | 7,826 | |
| EXGIRLFRIENDALBUM.COM | 7,634 | |
| BESTTUBECLIPS.NET | 7,369 | |
| CRAMMEDVIDS.COM | 7,305 | |
| COONYMILFS.COM | 7,229 | |
| BESTTRANNYTUBE.COM | 7,228 | |
| GAYBIGCOCKTV.COM | 7,166 | |
| GOODSHEMALETUBE.COM | 7,108 | |
| BABESLURE.COM | 7,031 | |
| TUBEGRAND.COM | 6,814 | |
| BIGGYCUM.COM | 6,786 | |
| OFFICEHDV.COM | 6,761 | |
| BROMAMAS.COM | 6,628 | |
| HQTUBEMOVIES.COM | 6,598 | |
| THEHOMEMADETUBE.COM | 6,586 | |
| GAYVIDSTUBE.COM | 6,260 | |
| HQASIANVIDEOS.COM | 6,225 | |

| URL | U.S. VISITORS IN JUNE 2012 | TOTAL |
|---|---:|---|
| BIGTITSHOOKERS.COM | 6,202 | |
| DVDVOLUMES.COM | 6,193 | |
| NUDEBOYTUBE.COM | 6,010 | |
| TITSOCIETY.COM | 5,784 | |
| GAYCREAMERS.COM | 5,661 | |
| MYEXTRAVIDS.COM | 5,658 | |
| ORIENTALBUTTS.COM | 5,610 | |
| FUTUREBOOBS.COM | 5,503 | |
| GOTINTERRACIAL.COM | 5,421 | |
| BOOBYDREAMS.COM | 5,393 | |
| IWANTUNIFORM.COM | 5,318 | |
| EXTRASHEMALE.COM | 5,231 | |
| ENJOYSHEMALE.COM | 5,144 | |
| GOAMATEURTUBE.COM | 5,084 | |
| MYHAIRYPUSSYTUBE.COM | 5,034 | |
| INSANELIST.COM | 5,019 | |
| EXTRAMATURESLUTS.COM | 4,890 | |
| BROMILFS.COM | 4,794 | |
| CREAMYCUMS.COM | 4,767 | |
| TWILIGHTPORN.COM | 4,719 | |
| INTERRACIALOFFICE.COM | 4,714 | |
| SEXBABESWEB.COM | 4,584 | |
| MYBBWMOVIES.COM | 4,543 | |
| 24FREESEX.COM | 4,524 | |
| THEEXTRABOOBS.COM | 4,505 | |
| JAPANTUBEVIDEOS.COM | 4,492 | |
| ASHEMALEPORN.COM | 4,465 | |
| GAYGAYVIDEOS.COM | 4,243 | |
| BIGNATURALKNOCKERS.COM | 4,228 | |
| MILFREADY.COM | 4,218 | |
| PLATINUMPORNTUBE.COM | 4,168 | |
| BROSHEMALES.COM | 4,117 | |
| FUTUREGAY.COM | 4,089 | |
| COONYASIANS.COM | 4,051 | |
| BIGGYBONE.COM | 4,015 | |
| AMATEURTEENIE.COM | 3,969 | |
| GRANDASIANTUBE.COM | 3,952 | |
| MYGOLDTUBE.COM | 3,815 | |
| GAYGAYMOVIES.COM | 3,694 | |
| CUMUPDATED.COM | 3,602 | |
| MEGAGAYLIST.COM | 3,449 | |

| URL | U.S. VISITORS IN JUNE 2012 | TOTAL |
|---|---:|---|
| SHEMALEVIDEOSTUBE.COM | 3,442 | |
| MOVIESADEPT.COM | 3,294 | |
| MYOLDIESTUBE.COM | 3,287 | |
| GAYASSTGP.COM | 3,262 | |
| BROBUSTY.COM | 3,258 | |
| ASHEMALESEX.COM | 3,230 | |
| BROMOMS.COM | 3,217 | |
| TUBELION.COM | 3,212 | |
| 3DDIGITALWALLPAPERS.COM | 3,162 | |
| WILD-CHERRY.NET | 3,155 | |
| GOGRANNYTUBE.COM | 3,112 | |
| GAYCHILI.COM | 3,102 | |
| GIRLS-FUCKING-GUYS-STRAP-ON.COM | 2,999 | |
| ASIANLIONESS.COM | 2,973 | |
| SUNPORNOLIVE.COM | 2,965 | |
| ASIANTUBEVIDEOS.COM | 2,931 | |
| OXOPORNTUBE.COM | 2,923 | |
| TRANNYDARLING.COM | 2,905 | |
| MYSTICNYLON.COM | 2,794 | |
| TRANNYVIDEOSTUBE.COM | 2,783 | |
| MILFQUESTS.COM | 2,740 | |
| ASIANQUESTS.COM | 2,724 | |
| OLDERTUBEVIDEOS.COM | 2,716 | |
| BLUESHEMALE.COM | 2,714 | |
| HOMEJERKTUBE.COM | 2,698 | |
| HOMEMADETUBEVIDEOS.COM | 2,681 | |
| MILFUPDATED.COM | 2,607 | |
| ASIANTUBEPORNO.COM | 2,556 | |
| DAMAGETUBE.COM | 2,455 | |
| MYINDIANPUSSY.COM | 2,372 | |
| LUCKYSHEMALE.COM | 2,334 | |
| MOMMYVIDS.COM | 2,320 | |
| FATTYANGELS.COM | 2,300 | |
| ASIANFUCKTV.COM | 2,271 | |
| FOXYTRANNY.COM | 2,259 | |
| TUBECROC.COM | 2,256 | |
| FUCKASIANTUBE.COM | 2,253 | |
| GRANNYTUBEVIDEOS.COM | 2,200 | |
| BBWDREAMLAND.COM | 2,129 | |
| TUBEELITE.COM | 2,123 | |
| MATURETUBEMOVIES.COM | 2,116 | |

| URL | U.S. VISITORS IN JUNE 2012 | TOTAL |
|---|---:|---|
| CUMHOLIO.COM | 2,113 | |
| SHEMALEDELIVERY.COM | 2,066 | |
| SMUTJOY.COM | 2,060 | |
| AMATEURTOOL.COM | 2,030 | |
| PURETEENSLUTS.COM | 2,013 | |
| SHEMALEFLEX.COM | 2,004 | |
| SUNPORNO.ORG | 1,986 | |
| RAW-CO.COM | 1,975 | |
| PRIVATETUBEVIDEOS.COM | 1,932 | |
| ACEPORNTUBE.COM | 1,867 | |
| THEMOMTUBE.COM | 1,854 | |
| BOOBSPORNO.COM | 1,851 | |
| COOLTITS.COM | 1,847 | |
| PRIMESHEMALE.COM | 1,841 | |
| YOUMILFTUBE.COM | 1,830 | |
| ABCMATURETUBE.COM | 1,826 | |
| VIDEOSZDVD.COM | 1,818 | |
| HQHOMEMADETUBE.COM | 1,790 | |
| BOYSEXBOY.COM | 1,747 | |
| ALLTIMETUBE.COM | 1,742 | |
| VIDEOSGRANNY.COM | 1,742 | |
| EXGIRLFRIENDFILES.COM | 1,741 | |
| GAYRIPE.COM | 1,736 | |
| BIGGYMOVIES.COM | 1,729 | |
| GAYJAGUAR.COM | 1,722 | |
| BBWFEATBOOBS.COM | 1,682 | |
| EYEPORNTUBE.COM | 1,666 | |
| BIG-TITSPICTURES.COM | 1,656 | |
| PORNFAIRIES.COM | 1,645 | |
| FREEGAYASS.COM | 1,642 | |
| HQMATURECLIPS.COM | 1,628 | |
| FASTSTOCKINGS.COM | 1,611 | |
| GREATSHEMALE.COM | 1,599 | |
| JPTUBEVIDEOS.COM | 1,594 | |
| LEOGAY.COM | 1,590 | |
| PORNCONVEY.COM | 1,582 | |
| BARELYSLUTS.COM | 1,549 | |
| BOYFRIENDBUNNY.COM | 1,539 | |
| HIGHSCHOOLVIRGIN.COM | 1,535 | |
| IDEAPORNTUBE.COM | 1,523 | |
| TURBOASIAN.COM | 1,495 | |

| URL | U.S. VISITORS IN JUNE 2012 | TOTAL |
|---|---:|---|
| GAYSPREAD.COM | 1,480 | |
| MYMILFSTUBE.COM | 1,473 | |
| BIGTITSANDTHUMBS.COM | 1,450 | |
| SEXBOYSEX.COM | 1,442 | |
| BOOBYBIMBOS.COM | 1,441 | |
| BIGGYPOST.COM | 1,426 | |
| TUBEMAYOR.COM | 1,396 | |
| GAYWILDCAT.COM | 1,395 | |
| KINKYBOYFRIEND.COM | 1,393 | |
| HUNTERPORN.COM | 1,386 | |
| EXGIRLFRIENDHERE.COM | 1,382 | |
| LARGE-TITSPICTURES.COM | 1,375 | |
| ORIENTALFLESH.COM | 1,366 | |
| SHEMALEDARLING.COM | 1,317 | |
| GAYCUP.COM | 1,314 | |
| ACTIVEPORNTUBE.COM | 1,304 | |
| HERSTOCKINGS.COM | 1,288 | |
| REDHEADAMATEUR.COM | 1,241 | |
| EXBOYFRIENDGAY.COM | 1,237 | |
| PORNBARBARIAN.COM | 1,234 | |
| TOPCUMS.COM | 1,188 | |
| TUBEPRINCE.COM | 1,188 | |
| ULTRATRANNY.COM | 1,188 | |
| TRANNYSUPERVISOR.COM | 1,179 | |
| TUBEHOSTEL.COM | 1,176 | |
| TUBEOLDIES.COM | 1,152 | |
| VIPSTREAMSERVICE.COM | 1,147 | |
| NYLONPETS.COM | 1,141 | |
| BITPORNTUBE.COM | 1,140 | |
| AWESOMEBREASTS.COM | 1,134 | |
| TUBEARREST.COM | 1,132 | |
| JETPORNTUBE.COM | 1,113 | |
| FRESHORIENTAL.COM | 1,082 | |
| LESBIANDAUGHTER.COM | 1,044 | |
| GOLDENTUBESEX.COM | 1,037 | |
| DRUNKCARTOONS.COM | 1,031 | |
| EXTRATRANNY.COM | 1,028 | |
| CUMSPORTS.COM | 1,003 | |
| TRANNYSWEETIE.COM | 1,000 | |
| WOAHMOVIES.COM | 996 | |
| EXGIRLFRIENDMOVIES.COM | 985 | |

| URL | U.S. VISITORS IN JUNE 2012 | TOTAL |
|---|---|---|
| GOODSHEMALE.COM | 983 | |
| ASTERTUBE.COM | 965 | |
| BOYFRIENDCOCK.COM | 965 | |
| MOVIEMAK.COM | 965 | |
| BOYFRIENDFUN.COM | 955 | |
| LIVESEXEROTIC.COM | 953 | |
| DAILYMELONS.COM | 952 | |
| BOYFRIENDNUTS.COM | 941 | |
| BAMTEENS.COM | 933 | |
| BOYFRIENDKEY.COM | 928 | |
| SHEMALEEMPEROR.COM | 921 | |
| VIDEOSJP.COM | 911 | |
| JIZZJUNGLE.COM | 900 | |
| TUBEBEAUTY.COM | 895 | |
| TUBESUPREME.COM | 894 | |
| VIDEOSRING.COM | 891 | |
| EXGIRLFRIENDNOW.COM | 866 | |
| TUBEADVENTURE.COM | 862 | |
| CLOSEPORNTUBE.COM | 857 | |
| LUNATICTUBE.COM | 855 | |
| FEMDOMEROTIC.COM | 845 | |
| PROBOOBS.COM | 840 | |
| MAGICTEENS.COM | 837 | |
| BROTITS.COM | 820 | |
| HAPPYBOYFRIEND.COM | 815 | |
| GAY-TEENS.COM | 810 | |
| TUBECOSMO.COM | 798 | |
| HQSHEMALEVIDEOS.COM | 793 | |
| TIEMYBALLS.COM | 793 | |
| TUBESURPRISE.COM | 770 | |
| TRANNYRING.COM | 766 | |
| NAKEDTEENIE.COM | 744 | |
| POPULARSHEMALE.COM | 712 | |
| GLADETUBE.COM | 698 | |
| TRANNYSET.COM | 697 | |
| TWILIGHTSEX.NET | 696 | |
| WEBCAMPORNSTARS.COM | 677 | |
| HOTBOYSTV.COM | 674 | |
| GAYKOALA.COM | 665 | |
| BOYFRIENDBEAR.COM | 642 | |
| TUBERN.COM | 642 | |

| URL | U.S. VISITORS IN JUNE 2012 | TOTAL |
|---|---|---|
| BOYFRIENDHUG.COM | 635 | |
| WILDBOYFRIEND.COM | 627 | |
| NIXPORN.COM | 617 | |
| ABCPORNTUBE.COM | 614 | |
| HQORIENTALTUBE.COM | 609 | |
| BEEPORNTUBE.COM | 571 | |
| LESBIANTEENIE.COM | 550 | |
| VIRGINBODY.COM | 548 | |
| DVDALON.COM | 547 | |
| HDTUBEMOVIES.COM | 533 | |
| HERFIRSTGROUPSEX.COM | 531 | |
| HQHOMEMADEVIDEOS.COM | 521 | |
| SHEMALESWEETIE.COM | 515 | |
| FEMDOMEXCLUSIVE.COM | 513 | |
| LIONGAY.COM | 508 | |
| INFOSPIRAL.COM | 506 | |
| BOYFRIENDBUTT.COM | 495 | |
| TUBEBELLE.COM | 490 | |
| ALLSEXYSLUTS.COM | 475 | |
| GOSHEMALETUBE.COM | 472 | |
| TUBEPI.COM | 468 | |
| THEMILFREVIEWS.COM | 464 | |
| GAYCAMEL.COM | 459 | |
| ARTPORNTUBE.COM | 458 | |
| MYTRANNYVIDEOS.COM | 455 | |
| FINALPORNTUBE.COM | 448 | |
| TUBEBIO.COM | 444 | |
| IDEALSEXTUBE.COM | 437 | |
| AMATEURTASTE.COM | 433 | |
| TIPTOPPORNTUBE.COM | 433 | |
| ROMANTICTRANNY.COM | 429 | |
| DESERTTUBE.COM | 418 | |
| TRUEPORNTUBE.COM | 418 | |
| PORNOLEGION.COM | 411 | |
| TUBEDECO.COM | 409 | |
| GAYKITTEN.COM | 397 | |
| WORLDWHORES.COM | 397 | |
| TUBESEXMANIA.COM | 396 | |
| JOEPORNTUBE.COM | 395 | |
| TUBEBONK.COM | 393 | |
| AIRPORNTUBE.COM | 385 | |

| URL | U.S. VISITORS IN JUNE 2012 | TOTAL |
|---|---|---|
| GNTUBE.COM | 376 | |
| LADIESPANTYHOSE.COM | 373 | |
| CONTROLLERTUBE.COM | 368 | |
| CORPORN.COM | 366 | |
| TUBEPORCH.COM | 364 | |
| IMATURETUBE.COM | 359 | |
| BABEFINDERS.COM | 356 | |
| MOVIESRING.COM | 354 | |
| TUBENATURAL.COM | 354 | |
| HOOKPORNTUBE.COM | 351 | |
| TITTYDICKY.COM | 351 | |
| SOAPPORNTUBE.COM | 341 | |
| LOVEPORNSTARS.COM | 334 | |
| SEXBACKDOOR.COM | 332 | |
| NOBLETUBE.COM | 331 | |
| ACESEXTUBE.COM | 324 | |
| SHEMALEACE.COM | 321 | |
| DRYPORNTUBE.COM | 320 | |
| TUBECYCLE.COM | 310 | |
| ENDURANCETUBE.COM | 306 | |
| GIRLFRIENDPUSSY.COM | 301 | |
| TUBERIS.COM | 297 | |
| PORNOEASY.COM | 294 | |
| LISTPORNO.COM | 293 | |
| HAIRPORNTUBE.COM | 286 | |
| BARPORNTUBE.COM | 281 | |
| TRANNYDEVOTION.COM | 272 | |
| FLESHIT.COM | 270 | |
| RAZORPORNO.COM | 270 | |
| TUBEBOOM.COM | 263 | |
| TUBENEST.COM | 262 | |
| TUBEEURO.COM | 258 | |
| FLOPPYTUBE.COM | 257 | |
| TEEN-KELLY-NUDE.COM | 253 | |
| AFTERWORKREVIEWS.COM | 242 | |
| MUDDYTUBE.COM | 241 | |
| WIDEPORNTUBE.COM | 241 | |
| CAKEPORNTUBE.COM | 236 | |
| BABESCHARM.COM | 235 | |
| BOOBSUPPLIER.COM | 235 | |
| SALTPORNTUBE.COM | 235 | |

| URL | U.S. VISITORS IN JUNE 2012 | TOTAL |
|---|---|---|
| ACTPORNTUBE.COM | 234 | |
| HQAMATEURTUBE.COM | 234 | |
| CUTEMOVS.COM | 233 | |
| LIVETUBEMOVIES.COM | 231 | |
| OILEDGAY.COM | 223 | |
| GANGBANGNOW.COM | 219 | |
| MIXGAY.COM | 219 | |
| PORNIOS.COM | 210 | |
| TUBEBREAST.COM | 209 | |
| BIG-TITS-HAIRY-PUSSY-PICS.COM | 206 | |
| SWEETPORNTUBE.COM | 205 | |
| TUBERG.COM | 199 | |
| IDEALPORNTUBE.COM | 192 | |
| ASIANTEENIE.COM | 188 | |
| DOCPORNTUBE.COM | 188 | |
| BLACKS-ON-BLONDES-SERIES.COM | 186 | |
| GLORIOUSTUBE.COM | 180 | |
| LOVESONGNOW.COM | 178 | |
| TUBEPORNKING.COM | 178 | |
| LINKPORNTUBE.COM | 177 | |
| TUBEFINE.COM | 177 | |
| CALLATUBE.COM | 173 | |
| FIREPORNTUBE.COM | 173 | |
| TUBEEXPERIENCE.COM | 173 | |
| HIDDENWISHES.COM | 169 | |
| TUBOUS.COM | 166 | |
| BOYFRIENDACT.COM | 160 | |
| RINGPORNTUBE.COM | 153 | |
| TRANNIESHQ.COM | 150 | |
| BEATPORNTUBE.COM | 146 | |
| TUBEMAXI.COM | 146 | |
| PERKTUBE.COM | 134 | |
| OWNGAY.COM | 133 | |
| PLUSPORNTUBE.COM | 132 | |
| MOVIELLO.COM | 128 | |
| PORNLONG.COM | 125 | |
| TUBECE.COM | 122 | |
| BOYFRIENDFAN.COM | 113 | |
| BOYFRIENDGUN.COM | 113 | |
| NUTPORNTUBE.COM | 111 | |
| GAYSTUDSTV.COM | 106 | |

| URL | U.S. VISITORS IN JUNE 2012 | TOTAL |
|---|---|---|
| SUNNYGAY.COM | 106 | |
| TEENDO.COM | 100 | |
| GLITTERPARAORKUT.COM | 94 | |
| TUBEGYM.COM | 90 | |
| COONYBREASTS.COM | 83 | |
| TEAPORNTUBE.COM | 74 | |
| BITEPORNTUBE.COM | 73 | |
| TUBERIC.COM | 73 | |
| TOYPORNTUBE.COM | 69 | |
| BASEPORNTUBE.COM | 67 | |
| BOYFRIENDCOP.COM | 67 | |
| TUBEFLAT.COM | 66 | |
| BLACKTEENIE.COM | 63 | |
| BLOWPORNTUBE.COM | 62 | |
| FULLTIMETUBE.COM | 58 | |
| MILFTAPE.COM | 58 | |
| TUBEJUMBO.COM | 53 | |
| HANDPORNTUBE.COM | 52 | |
| TUBEFORTUNE.COM | 52 | |
| HEATPORNTUBE.COM | 49 | |
| PINGPORNTUBE.COM | 49 | |
| TUBEMOTEL.COM | 49 | |
| PASSIVEPORNTUBE.COM | 48 | |
| TUBENUDIES.COM | 47 | |
| MYORIENTALTUBE.COM | 46 | |
| TUBEGIN.COM | 43 | |
| TRAINPORN.COM | 42 | |
| CHIEFSEXTUBE.COM | 41 | |
| DAYPORNTUBE.COM | 41 | |
| SURPRISETUBE.COM | 41 | |
| GAYGAYVIDS.COM | 40 | |
| TUBEPATROL.COM | 39 | |
| TUBERUBE.COM | 37 | 7,770,894 |