# EXHIBIT 6

Open a FREE Account | Log In | Help

# DomainTools

sunporno.com    Whois Search    Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Whois > SunPorno.com

## SunPorno.com Whois Record

Tweet  Like

| Lesbian Cams | Ebony Cams | Teen Cams | House Wife Cams |
| Big Tits Cams | Latina Cams | Asian Cams | Couple Cams |
| Pregnant Cams | BBW Cams | Anal Cams | Group Sex Cams |
| Amateur Cams | Pornstar Cams | Shemale Cams | Gay Cams |

House Wife Cams
Lesbian Cams
Ebony Cams
Teen Cams
Big Tits Cams
Couple Cams
Pregnant Cams
Latina Cams
Asian Cams
BBW Cams
Mature Cams
Anal Cams
Group Sex Cams
Amateur Cams
Pornstar Cams
Huge Tits Cams
Big Ass Cams
Milf Cams
Lingerie Cams
Shemale Cams
Gay Cams

Whois Record    Site Profile    Registration    **Server Stats**    My Whois

Server Type: nginx/0.8.36
IP Address: 213.174.154.204    Reverse IP | Ping | DNS Lookup | Traceroute
ASN: AS39572
IP Location: - United States - Haldex Ltd
Response Code: 200
Domain Status: Registered And Active Website





FIND THE WEB ADDRESS YOU REALLY WANT

Country TLDs    General TLDs

Available domains for registration:

- ☐ SunPorno.ch    Register
- ☐ SunPorno.dk    Register
- ☐ SunPorno.jp    Register
- ☐ SunPorno.mx    Register
- ☐ SunPorno.tw    Register

Register All Selected >



TRY SEOmoz FREE

SunPorno.com - Porno Case 2:12-cv-00923-LRH-GWF Document 28-8 Filed 07/19/12 Page 3 of 3  7/17/12 12:21 PM

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

