UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, | ) |
| | ) Case No.: 2:12-cv-00923-LRH-GWF |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **MINUTE ORDER** |
| SERGEJ LETYAGIN, | ) |
| | ) |
| Defendants. | ) |
| | ) Dated:   July 30, 2012 |

PRESENT:   THE HONORABLE GEORGE FOLEY, JR., United States Magistrate Judge

JUDICIAL ASSISTANT:  Julia Wright          RECORDER:          None

COUNSEL FOR PLAINTIFF(S):          None Appearing

COUNSEL FOR DEFENDANT(S):          None Appearing

RE:  Filed documents containing hyperlinks to adult entertainment websites

   It has come to the Court's attention that several documents filed in this matter contain hyperlinks to adult entertainment websites.  Due to the nature of this case, it is likely that both parties will continue to reference such websites in their pleadings.  Conceivably, an individual could access a pornographic website directly from the Court's CM/ECF system.  The Court finds this improper.  Accordingly,

   **IT IS HEREBY ORDERED** that no party shall file any future documents that contain active hyperlinks to adult entertainment websites.

   **IT IS FURTHER ORDERED** that each party shall review the docket and identify all documents they have filed, including exhibits, that contain hyperlinks to adult entertainment websites.  The parties shall then file a Notice with the Court identifying such documents no later than **August 6, 2012.**
. . .
. . .
. . .

    **IT IS FURTHER ORDERED** that upon receipt of the Notice, the Clerk of Court shall seal each document identified in the Notice and re-file each document without the active hyperlinks.

                                        */s/ George Foley, Jr.*
                                  **GEORGE FOLEY, JR.**
                                  **UNITED STATES MAGISTRATE JUDGE**