Marc J. Randazza, Esq., NV Bar #12265
Ronald D. Green, Esq., NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax
mjr@randazza.com; rdg@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SERGEJ LETYAGIN d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50<br><br>Defendants | Case No. 12-cv-00923-LRH-GWF<br><br>**CONCURRENCE AND STIPULATION TO DEFENDANTS' REQUEST FOR LEAVE TO ACCEPT LATE-FILED REPLY IN SUPPORT OF MOTION TO DISMISS [ECF 31]** |

The Defendants filed a motion, styled a "request," seeking very reasonable relief in the form of this court's forgiveness for filing its Reply brief a mere two minutes past the deadline. (ECF 31). The Defendants claim that the Plaintiff suffered no prejudice from this delay. The Plaintiff concurs that there is no prejudice from the Reply being a mere two minutes late, and the Plaintiff stipulates that the Court should grant the relief sought. Nevertheless, the Motion requires a brief response to its questionable rationale.

Defendant's counsel claims that he was unable to file his Reply brief two (2) minutes earlier because counsel for Plaintiff, Marc Randazza, filed an *unrelated* document in an *unrelated* case involving *unrelated parties* in the U.S. District Court for the Southern District of Florida. Moreover, the document in question was filed 6 days prior to the July 30th deadline, and

5 days after offering Mr. Gurvits a generous menu of potential extensions. (ECF 31-1). Mr. Gurvits declined to respond to the unsolicited offer for generous extensions of time.

Despite the fact that Gurvits received notice of the filing in Florida 11 days prior to the deadline in this case, he claims that it is Mr. Randazza's fault that despite the best efforts of all of the Defendants' attorneys, the deadline could not be met. This is all even though Defendant's counsel had not even appeared in the Florida matter, but had been contacted, informed of the impending filing, and offered very lengthy extensions of time. (ECF 31-1).

Plaintiff's counsel denies Gurvits' silly accusation that his actions in the Florida case were improper. Plaintiff's counsel also denies any ability to understand how any actions in the Florida case are relevant to this action, any more than he can understand why Gurvits did not simply ask for a stipulation with respect to the two-minute late filing. Mr. Gurvits filed the reply at 12:02 AM PST on July 31, 2012, and then did not filed the "request" until 8:42 PM PST that same day.

Plaintiff stipulates that no prejudice resulted due to Defendant filing his Reply in this action at 12:02 a.m., rather than at 11:59 p.m. Plaintiff would not venture to guess why Defendant believed that its two (2) minute delay warranted eight (8) pages of briefing and eighteen (18) pages of alleged supporting documentation.[1]

The Court should deem the filing of Defendant's Reply (ECF 30) timely and render a decision on the Motion to Dismiss for Lack of Personal Jurisdiction (ECF 16) on its merits.[2]

\\
\\
\\
\\
\\

---

[1] Plaintiff would likely begin to speculate and question it if the Plaintiff were Mr. Gurvits' client and received a bill for such a seemingly wasteful exercise.
[2] However, the Court should strike the evidence attached to the Reply on this motion. (ECF 31-1).

| | | |
|---|---|---|
| 1 | Dated: August 1, 2012 | Respectfully Submitted, |
| 2 | | *s/Marc J. Randazza* |
| 3 | | Marc J. Randazza, Esq., (12265) |
| | | mjr@randazza.com |
| 4 | | Ronald D. Green, Esq., (7360) |
| | | rdg@randazza.com |
| 5 | | Randazza Legal Group |
| 6 | | 6525 W. Warm Springs Rd., Suite 100 |
| | | Las Vegas, NV 89118 |
| 7 | | (888) 667-1113; (305) 437-7662 fax |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on August 1, 2012. As no other Defendants have been identified, they cannot be served.

Dated: August 1, 2012

Respectfully Submitted,
*s/Marc J. Randazza*

Marc J. Randazza, Esq., (12265)
mjr@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax