Marc J. Randazza, Esq., NV Bar #12265
Ronald D. Green, Esq., NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax
mjr@randazza.com; rdg@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SERGEJ LETYAGIN d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50<br><br>Defendants | Case No. 12-cv-00923-LRH-GWF<br><br>**MOTION TO STRIKE SECOND AFFIDAVIT OF SERGEJ LETYAGIN** |

Plaintiff Liberty Media Holdings, LLC hereby moves to strike the Second Affidavit of Sergej Letyagin (ECF 30-1), as it inappropriately introduces arguments and evidence.

Defendant Letyagin's second affidavit was filed in conjunction with the Defendants' Reply to the Motion to Dismiss. ECFs 30, 30-1. However, this affidavit raises factual issues that were not raised in previous materials submitted by the Defendants. "[The] district court need not consider arguments raised for the first time in a reply brief." *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007). This is because "the opposing party is not afforded any opportunity to respond to new issues raised in a reply, which is ordinarily the last document submitted prior to the Court's ruling on a motion." *Carstarphen v. Milsner*, 594 F. Supp. 2d 1201, 1204 n.1 (D. Nev. 2009). See also *Shlesinger v. Bank of Am.*, N.A., 2012 U.S. Dist.

LEXIS 102030 (D. Nev. July 23, 2012) (Pro, J.) ("[T]he Court declines to consider [plaintiff's] new argument."); *Friedman v. Canteen Vending*, 2011 U.S. Dist. LEXIS 38733 (D. Nev. Apr. 7, 2011) ("The court will not consider arguments raised for the first time in a reply brief."). In *Lucas v. Bell Trans.*, a defendant's "untimely reply" and "newly-provided declaration" were not considered "as [plaintiff] did not have an opportunity to respond to them." 773 F. Supp. 2d 930, 939 (D. Nev. 2011).[1]

Defendants' failure to include all arguments in their initial motion is particularly unforgiveable, given the vast amount of time, energy, and pages they expended to launch irrelevant side-show arguments. It is inappropriate for Defendants to file affidavits with reply briefing as has been done here. As such, Plaintiff requests that the Court strike the Second Affidavit of Sergej Letyagin, not due to it being untimely, but because of the newly raised arguments it contemplates, without allowing Plaintiff the opportunity to respond.

Accordingly, the Court should strike the Second Affidavit of Sergej Letyagin from the record.

Dated: August 1, 2012

Respectfully Submitted,
*s/Marc J. Randazza*

Marc J. Randazza, Esq., (12265)
mjr@randazza.com
Ronald D. Green, Esq., (7360)
rdg@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax

---

[1] Although the Defendants' reply was technically "untimely," the Plaintiff has waived any right to object on that basis. ECF 33.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on August 1, 2012.  As no other Defendants have been identified, they cannot be served.

Dated: August 1, 2012					Respectfully Submitted,
							*s/Marc J. Randazza*

							Marc J. Randazza, Esq., (12265)
							mjr@randazza.com
							Randazza Legal Group
							6525 W. Warm Springs Rd., Suite 100
							Las Vegas, NV 89118
							(888) 667-1113
							(305) 437-7662 fax