JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
E-mail:  jboyle@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:      702/791-0308
Facsimile:       702/791-1912

EVAN FRAY-WITZER, ESQ.
Massachusetts Bar No. 564349
E-mail: Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 804
Boston, Massachusetts  02116
Telephone:     617/426-0000

Admitted Pro Hac Vice

VALENTIN DAVID GURVITS, ESQ.
Massachusetts Bar No. 643572
Email: vgurvits@BostonLawGroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton, Massachusetts  02459
Telephone:     617/928-1804

Admitted Pro Hac Vice

*Attorneys for Defendants Sergej Letyagin and Ideal Consult, LTD.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SERGEJ LETYAGIN, d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50,<br><br>　　　　　　　　Defendant. | CASE NO.:    2:12-cv-00923-LRH-(GWF)<br><br>**DEFENDANTS SERGEJ LETYAGIN'S AND IDEAL CONSULT, LTD.'S NOTICE OF COMPLIANCE WITH MINUTE ORDER DATED JULY 30, 2012** |

In compliance with this Court's minute order dated July 30, 2012, counsel for Defendants

- 1 -

Sergej Letyagin and Ideal Consult, LTD. ("Defendants") hereby submits the following list identifying documents that contain hyperlinks to adult entertainment websites:

- Exhibit 7 to Defendants Sergej Letyagin and Ideal Consult, LTD.'s Motion and Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 16).

Respectfully submitted, this 6th day of August, 2012.

**COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON**

/s/ Kim Cooper, Esq., (NV Bar No. 9533) on behalf of James D. Boyle, Esq.
JAMES D. BOYLE, ESQ.
Nevada Bar No. 008384
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

Attorneys for EVAN FRAY-WITZER, ESQ.
Massachusetts Bar No. 564349
E-mail: Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 804
Boston, Massachusetts  02116
Telephone:617/426-0000

Admitted Pro Hac Vice

VALENTIN DAVID GURVITS, ESQ.
Massachusetts Bar No. 643572
Email: vgurvits@BostonLawGroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton, Massachusetts  02459
Telephone:617/928-1804

Admitted Pro Hac Vice

Attorneys for Defendants Sergej Letyagin and Ideal Consult, LTD.

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 31st day of July, 2012, I caused the document entitled **DEFENDANTS SERGEJ LETYAGIN'S AND IDEAL CONSULT, LTD.'S NOTICE OF COMPLIANCE WITH MINUTE ORDER DATED JULY 30, 2012**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Marc J. Randazza, Esq.<br>Ronald D. Green, Esq.<br>Randazza Legal Group<br>6525 West Warm Springs Rd., Suite 100<br>Las Vegas, Nevada  89118<br>E-mail:  mjr@randazza.com | Plaintiff, Liberty Media Holdings, LLC | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

DATED this 6th day of August, 2012.

/s/ Kim Cooper
An Employee of Cotton, Driggs, Walch, Holley, Woloson & Thompson