Marc J. Randazza, Esq., NV Bar #12265
Ronald D. Green, Esq., NV Bar #7360
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax
mjr@randazza.com; rdg@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No. 12-cv-00923-LRH-GWF |
| Plaintiff, | |
| vs. | **PLAINTIFF LIBERTY MEDIA HOLDINGS, LLC'S NOTICE OF COMPLIANCE WITH MINUTE ORDER DATED JULY 30, 2012 [ECF 29]** |
| SERGEJ LETYAGIN d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50 | |
| Defendants | |

In compliance with the Court's Order (ECF 29), Plaintiff identifies the following documents that it has filed with live hyperlinks to adult entertainment websites:

- Complaint [ECF 1]
- Exhibits 11, 13, 14, 15, 16 and 20 to the Complaint [ECF 1]
- Declaration of Jason Tucker in Support of Motion for Alternate Service [ECF 3]
- Exhibits B, H, and M to the Motion for Alternate Service [ECF 3]
- Declaration of Marc J. Randazza in Support of Motion for Alternate Service and Motion to Seal [ECF 4]
- Opposition to Motion to Dismiss for Lack of Personal Jurisdiction [ECF 28]
- Exhibits 2, 4, 5, 6, and 7 to the Opposition to the Motion to Dismiss [ECF 28]

If requested by the Court, Plaintiff can submit versions of these documents without live hyperlinks.

Dated: August 6, 2012

Respectfully Submitted,
*s/Marc J. Randazza*

Marc J. Randazza, Esq., (12265)
mjr@randazza.com
Ronald D. Green, Esq., (7360)
rdg@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on August 6, 2012. As no other Defendants have been identified, they cannot be served.

Dated: August 6, 2012

Respectfully Submitted,
*s/Marc J. Randazza*

Marc J. Randazza, Esq., (12265)
mjr@randazza.com
Randazza Legal Group
6525 W. Warm Springs Rd., Suite 100
Las Vegas, NV 89118
(888) 667-1113
(305) 437-7662 fax