MITCHELL J. LANGBERG (Nevada Bar No. 10118)
mlangberg@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:   (702) 382-2101
Facsimile:    (702) 382-8135

Attorneys for Plaintiff
Liberty Media Holdings, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | Case No: 2:12-cv-00923-LRH-GWF |
| Plaintiff, | |
| v. | SUBSTITUTION OF COUNSEL |
| SERGEJ LETYAGIN d/b/a SUNPORNO.COM, IDEAL CONSULT. LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50 | |
| Defendants. | |

Plaintiff Liberty Media Holdings, LLC, hereby substitutes:

MITCHELL J. LANGBERG, ESQ.
mlangberg@bhfs.com
Nevada Bar No. 10118
LAURA E. BIELINSKI, ESQ.
lbielinski@bhfs.com
Nevada Bar No. 10516
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:   (702) 382-2101
Facsimile:    (702) 382-8135

016194\0001\1741124.1                                         1

As attorneys of record in place and stead of:

    MARC JOHN RANDAZZA (CA Bar No. 269535)
    RANDAZZA LEGAL GROUP
    MJR@randazza.com
    6525 W. Warm Springs Road, Suite 100
    Las Vegas, NV 89118
    Telephone: 888-667-1113
    Facsimile: 305-437-7662

Dated this ___ of October, 2012.

    LIBERTY MEDIA HOLDINGS, LLC

    By: _____
    Its  CEO

Randazza Legal Group hereby consents to the substitution of the law firm of Brownstein Hyatt Farber Schreck, LLP as attorney of record for Plaintiff Liberty Media Holdings, LLC in its place and stead.

DATED this 18 day of October, 2012.

    RANDAZZA LEGAL GROUP

    By: _____
    MARC JOHN RANDAZZA (CA Bar No. 269535)
    MJR@randazza.com
    6525 W. Warm Springs Road, Suite 100
    Las Vegas, NV 89118
    Telephone: 888-667-1113
    Facsimile: 305-437-7662

. . .
. . .
. . .
. . .
. . .
. . .

The law firm of Brownstein Hyatt Farber Schreck, LLP hereby consents to its substitution of record for Plaintiff Liberty Media Holdings, LLC in the place and stead of the Randazza Legal Group.

DATED this 24th day of October, 2012.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Laura B

MITCHELL J. LANGBERG (Nevada Bar No. 10118)
mlangberg@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiff
Liberty Media Holdings, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2012, I served a true and correct copy of the foregoing SUBSTITUTION OF COUNSEL via electronic mail to the following:

**James D. Boyle**
**Kimberly J Cooper**
Cotton, Driggs, Walch, Holley, Woloson & Thompson
400 S Fourth Street, Third Floor
Las Vegas, NV 89101
(702)791-0308
(702)791-1912 (fax)
jboyle@nevadafirm.com
kcooper@nevadafirm.com
*Attorneys for Defendant*

**Evan Fray-Witzer**
Ciampa Fray-Witzer, LLP
20 Park Plaza
Boston, MA 02116
617-426-0000
617-507-8043 (fax)
Evan@CFWLegal.com
*Attorneys for Defendant*

**Valentin David Gurvits**
Boston Law Group, PC
825 Beacon Street
Newton Center, MA 02459
617-928-1804
617-928-1802 (fax)
vgurvits@bostonlawgroup.com
*Attorneys for Defendant*

_____
an employee of Brownstein Hyatt Farber Schreck, LLP

016194\0001\1741124.1

4