1  MITCHELL J. LANGBERG (Nevada Bar No. 10118)
   mlangberg@bhfs.com
2  LAURA E. BIELINSKI (Nevada Bar No. 10516)
   lbielinski@bhfs.com
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
4  Las Vegas, Nevada 89106-4614
   Telephone:    (702) 382-2101
5  Facsimile:    (702) 382-8135

6  Attorneys for Plaintiff
   Liberty Media Holdings, LLC
7

8                    UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10

11  LIBERTY MEDIA HOLDINGS, LLC          Case No: 2:12-cv-00923-LRH-GWF

12              Plaintiff,

13  v.                                   **SUBSTITUTION OF COUNSEL**

14  SERGEJ LETYAGIN d/b/a
    SUNPORNO.COM, IDEAL CONSULT.
15  LTD., "ADVERT", "CASTA".
    "TRIKSTER", "WORKER", "LIKIS".
16  "TESTER" and DOES 1-50

17              Defendants.

18

19      Plaintiff Liberty Media Holdings, LLC, hereby substitutes:

20      MITCHELL J. LANGBERG, ESQ.
        mlangberg@bhfs.com
21      Nevada Bar No. 10118
        LAURA E. BIELINSKI. ESQ.
22      lbielinski@bhfs.com
        Nevada Bar No. 10516
23      BROWNSTEIN HYATT FARBER SCHRECK, LLP
        100 North City Parkway, Suite 1600
24      Las Vegas, Nevada 89106-4614
        Telephone:    (702) 382-2101
25      Facsimile:    (702) 382-8135

26

27

28

    016194\0001\1741124.1                        1

1    As attorneys of record in place and stead of:

2        MARC JOHN RANDAZZA (CA Bar No. 269535)
         RANDAZZA LEGAL GROUP
3        MJR@randazza.com
         6525 W. Warm Springs Road, Suite 100
4        Las Vegas, NV 89118
         Telephone: 888-667-1113
5        Facsimile: 305-437-7662

6        Dated this ___ of October, 2012.

7                           LIBERTY MEDIA HOLDINGS, LLC

8

9                           By:

10                          Its_____ CEO

11   Randazza Legal Group hereby consents to the substitution of the law firm of Brownstein

12   Hyatt    Farber    Schreck,    LLP    as    attorney    of    record    for    Plaintiff

13   Liberty Media Holdings, LLC in its place and stead.

14       DATED this 19 day of October, 2012.

15

16                          RANDAZZA LEGAL GROUP

17                          By:
                              MARC JOHN RANDAZZA (CA Bar No. 269535)
18                          MJR@randazza.com
                            6525 W. Warm Springs Road, Suite 100
19                          Las Vegas, NV 89118
                            Telephone: 888-667-1113
20                          Facsimile: 305-437-7662

21

22
     . . .
23
     . . .
24
     . . .
25
     . . .
26
     . . .
27
     . . .
28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV
(702) 382-2101

016194\0001\1741124 1                    2

1    The law firm of Brownstein Hyatt Farber Schreck, LLP hereby consents to its substitution

2  of record for Plaintiff Liberty Media Holdings, LLC in the place and stead of the Randazza Legal

3  Group.

4    DATED this 24th day of October, 2012.

5                                        BROWNSTEIN HYATT FARBER
                                         SCHRECK, LLP
6

7                                    By: _____
                                         MITCHELL J. LANGBERG (Nevada Bar No. 10118)
8                                        mlangberg@bhfs.com
                                         LAURA E. BIELINSKI (Nevada Bar No. 10516)
9                                        lbielinski@bhfs.com
                                         BROWNSTEIN HYATT FARBER SCHRECK, LLP
10                                       100 North City Parkway, Suite 1600
                                         Las Vegas, Nevada 89106-4614
11                                       Telephone:      (702) 382-2101
                                         Facsimile: (702) 382-8135
12
                                         Attorneys for Plaintiff
13                                       Liberty Media Holdings, LLC

14

15                           **IT IS SO ORDERED:**

16

17

18                           **GEORGE FOLEY, JR.**
                             **United States Magistrate Judge**
19

20                           **DATED:  October 30, 2012**

21

22

23

24

25

26

27

28

016194\0001\1741124.1                       3

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on the 29th day of October, 2012, I served a true and correct copy of

3  the foregoing SUBSTITUTION OF COUNSEL via electronic mail to the following:

4  **James D. Boyle**
    **Kimberly J Cooper**
5  Cotton, Driggs, Walch, Holley, Woloson &
    Thompson
6  400 S Fourth Street, Third Floor
    Las Vegas, NV 89101
7  (702)791-0308
    (702)791-1912 (fax)
8  jboyle@nevadafirm.com
    kcooper@nevadafirm.com
9  *Attorneys for Defendant*

    **Evan Fray-Witzer**
    Ciampa Fray-Witzer, LLP
    20 Park Plaza
    Boston, MA 02116
    617-426-0000
    617-507-8043 (fax)
    Evan@CFWLegal.com
    *Attorneys for Defendant*

10  **Valentin David Gurvits**
    Boston Law Group, PC
11  825 Beacon Street
    Newton Center, MA 02459
12  617-928-1804
    617-928-1802 (fax)
13  vgurvits@bostonlawgroup.com
    *Attorneys for Defendant*

14

15

    an employee of Brownstein Hyatt Farber Schreck, LLP

16

17

18

19

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV
(702) 382-2101