1  JAMES D. BOYLE, ESQ.
   Nevada Bar No. 008384
2  E-mail: jboyle@nevadafirm.com
   COTTON, DRIGGS, WALCH,
3  HOLLEY, WOLOSON & THOMPSON
   400 South Fourth Street, Third Floor
4  Las Vegas, Nevada 89101
   Telephone:     702/791-0308
5  Facsimile:     702/791-1912

6
   EVAN FRAY-WITZER, ESQ.
7  Massachusetts Bar No. 564349 (Admitted Pro Hac Vice)
   E-mail: Evan@CFWLegal.com
8  CIAMPA FRAY-WITZER, LLP
   20 Park Plaza, Suite 804
9  Boston, Massachusetts 02116
   Telephone:     617/426-0000
10

11 VALENTIN DAVID GURVITS, ESQ.
   Massachusetts Bar No. 643572 (Admitted Pro Hac Vice)
12 Email: vgurvits@BostonLawGroup.com
   BOSTON LAW GROUP, PC
13 825 Beacon Street, Suite 20
   Newton, Massachusetts 02459
14 Telephone:     617/928-1804

15 *Attorneys for Defendants Sergej Letyagin and Ideal Consult, Ltd.*

16
                     **UNITED STATES DISTRICT COURT**
17
                              **DISTRICT OF NEVADA**
18

19 | LIBERTY MEDIA HOLDINGS LLC, | |
   | --- | --- |
   |                  Plaintiff,  | CASE NO.:   2:12-cv-00923-LRH-(GWF) |
20 |                              | |
   |           v.                 | **NOTICE OF DISASSOCIATION OF ATTORNEY KIMBERLY J. COOPER, ESQ.** |
21 | SERGEJ LETYAGIN, d/b/a SUNPORNO.COM; IDEAL CONSULT, LTD.; "ADVERT"; "CASTA"; "TRIKSTER"; "WORKER"; "LIKIS"; "TESTER"; and DOES 1-50, | |
22 | | |
23 | | |
   |                  Defendants. | |
24

25     Defendants Sergei Letyagin and Ideal Consult, Ltd., by and through its undersigned

26 counsel, hereby submits this Notice of Disassociation of Attorney Kimberly J. Cooper, Esq. (the

27 "Notice of Disassociation") to inform the parties and their counsel that Kimberly J. Cooper, Esq.

28 ("Ms. Cooper") is no longer associated with the firm of Cotton, Driggs, Walch, Holley, Woloson

- 1 -

09627-01/1026362.doc

& Thompson, and further that Ms. Cooper is no longer associated as counsel for both Defendants Sergei Letyagin and Ideal Consult, Ltd. in this action.

Accordingly Defendants Sergei Letyagin and Ideal Consult, Ltd. request that the Clerk remove Ms. Cooper as counsel for Defendants Sergei Letyagin and Ideal Consult, Ltd. in the Docket Report.

James D. Boyle, Esq. of Cotton, Driggs, Walch, Holley, Woloson & Thompson, and Evan Fray-Witzer, Esq. of Ciampa Fray-Witzler, LLP and Valentin David Gurvits, Esq. of Boston Law Group, PC, both of whom are admitted pro hac vice, shall remain counsel of record for Defendants Sergei Letyagin and Ideal Consult, Ltd. in this action.

DATED this 19th day of February, 2013.

**COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON**

/s/ James D. Boyle
JAMES D. BOYLE, ESQ.
Nevada Bar No. 008384
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

EVAN FRAY-WITZER, ESQ.
Massachusetts Bar No. 564349
E-mail: Evan@CFWLegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 804
Boston, Massachusetts 02116
Telephone:617/426-0000

*Admitted Pro Hac Vice*

VALENTIN DAVID GURVITS, ESQ.
Massachusetts Bar No. 643572
Email: vgurvits@BostonLawGroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton, Massachusetts 02459
Telephone:617/928-1804

*Admitted Pro Hac Vice*

*Attorneys for Defendants Sergej Letyagin and Ideal Consult, Ltd.*

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on the 19th day of February, 2013, I caused the document entitled **NOTICE OF DISASSOCIATION OF ATTORNEY KIMBERLY J. COOPER, ESQ.** to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Marc J. Randazza, Esq.<br>Ronald D. Green, Esq.<br>Randazza Legal Group<br>6525 West Warm Springs Rd., Suite 100<br>Las Vegas, Nevada 89118<br>E-mail: mjr@randazza.com | Plaintiff, Liberty Media Holdings, LLC | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

DATED this 19th day of February, 2013.

*Carol [signature]*

An Employee of Cotton, Driggs, Walch,
Holley, Woloson & Thompson