UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LIBERTY MEDIA HOLDINGS LLC,

        Plaintiff(s),

vs.

SERGEJ LETYAGIN,

        Defendant(s).

2:12−cv−00923−LRH−GWF

November 19, 2013

NOTICE REGARDING INTENT TO DISMISS FOR WANT OF PROSECUTION
PURSUANT TO LOCAL RULE 41−1

To:  Liberty Media Holdings LLC

Local Rule 41-1 provides as follows:

> "All civil actions that have been pending in this court for more than two hundred seventy (270) days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution on motion of counsel or by the court."

Be advised the official record in this action reflects that this case has been pending for more than two hundred seventy (270) days without any proceeding having been taken during such period.

If no action is taken in this case by **12/19/2013**, this office will make application to the court for dismissal for want of prosecution..

                        LANCE S. WILSON, CLERK

                        By:  /s/ Aaron Blazevich

                              Deputy Clerk