**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>v.<br><br>SERGEJ LETYAGIN d/b/a SUNPORNO.COM, IDEAL CONSULT, LTD., "ADVERT", "CASTA", "TRIKSTER", "WORKER", "LIKIS", "TESTER" and DOES 1-50<br><br>Defendants. | Case No: 2:12-cv-00923-LRH-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Liberty Media Holdings ("Plaintiff"), by and through its attorneys of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendants Sergej Letyagin d/b/a sunporno.com, Ideal Consult , Ltd. "Advert", "Casta", "Trikster", "Worker", "Likis", and "Tester" ("Defendants"), by and through its attorneys of record, the law offices of Cotton, Driggs, Walch, Holley, Woloson & Thompson, Ciampa Fray-Witzer, LLP and Boston Law Group, PC, hereby submit this Stipulation and Order to Dismiss With Prejudice, and in support thereof stipulate and agree as follows:

WHEREAS, Plaintiff initiated the above-referenced case, *Liberty Media Holdings v. Letyagin, et al.*, Case No. 2:12-cv-00923-LRH-GWF ("Action") by filing its Complaint

("Complaint") on May 31, 2012.  Defendants were served with the Summons and Complaint on or around June 11, 2012;

    WHEREAS, Plaintiff and Defendants have reached a mutually acceptable resolution of this matter and agree to dismiss all claims in this action with prejudice;

    WHEREAS, Plaintiff and Defendants will bear their own attorneys' fees and costs related to this litigation, with all rights of appeal waived.

    IT IS THEREFORE STIPULATED AND AGREED between Plaintiff and Defendants that the Court enter an order dismissing the Action in its entirety, with prejudice.

DATED this 20 day of November, 2013.

BY: _____
MITCHELL J. LANGBERG
(Nevada Bar No. 10118)
mlangberg@bhfs.com
LAURA E. BIELINSKI
(Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:  (702) 382-8135
*Attorneys for Plaintiff*
*Liberty Media Holdings, LLC*

DATED this 19 day of November, 2013.

BY: _____
JAMES D. BOYLE
(Nevada Bar No. 8384)
Cotton, Driggs, Walch, Holley, Woloson & Thompson
400 S Fourth Street, Third Floor
Las Vegas, NV 89101
(702)791-0308
(702)791-1912 (fax)
jboyle@nevadafirm.com

EVAN FRAY-WITZER
*Pro Hac Vice*
Ciampa Fray-Witzer, LLP
20 Park Plaza
Boston, MA 02116
617-426-0000
617-507-8043 (fax)
Evan@CFWLegal.com

VALENTIN DAVID GURVITS
*Pro Hac Vice*
Boston Law Group, PC
825 Beacon Street
Newton Center, MA 02459
617-928-1804
617-928-1802 (fax)
vgurvits@bostonlawgroup.com
*Attorneys for Defendants*

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Case No. 2:12-cv-00923-LRH-GWF is dismissed in its entirety, WITH PREJUDICE;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff and Defendants will bear their own attorneys' fees and costs related to this litigation, with all rights of appeal waived.

DATED this 21st day of November, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3